1  STEVEN G. KALAR
   Federal Public Defender
2  GRAHAM ARCHER
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA 95113
4  Telephone: (408) 291-7753
   graham_archer@fd.org
5
   Counsel for Defendant,
6  ERIC POTRATZ

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,        )    No. CR 15-CR-00236-LHK
                                    )
12           Plaintiff,             )    UNOPPOSED MOTION TO PERMIT
                                    )    TELEPHONIC APPEARANCE AT 9/30/15
13 vs.                              )    STATUS CONFERENCE; DECLARATION;
                                    )    [PROPOSED] ORDER
14 ERIC POTRATZ,                    )
                                    )
15           Defendant.             )
   _____)
16

17       Defendant Eric Potratz, by and through Assistant Federal Public Defender Graham

18 Archer, hereby moves the Court for permission to appear telephonically at the status conference

19 currently set for 9:45 .a.m on September 30, 2015.

20       Mr. Potratz's motion is unopposed by AUSA Parrella, and supported by the below

21 declaration.

22

23 Dated: September 15, 2015

24                                  /s/_____
                                    GRAHAM ARCHER
25                                  Assistant Federal Public Defender

26

Unopp. Motn. For Telephonic Appearance;
Proposed Order
CR 15-00236-LHK                         1

STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
graham_archer@fd.org

Counsel for Defendant,
ERIC POTRATZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 15-CR-00236-LHK |
| | ) | |
| Plaintiff, | ) | UNOPPOSED MOTION TO PERMIT |
| | ) | TELEPHONIC APPEARANCE AT 9/30/15 |
| vs. | ) | STATUS CONFERENCE; DECLARATION; |
| | ) | [PROPOSED] ORDER |
| ERIC POTRATZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Declaration of Graham E. Archer**

1. I am counsel of record for Eric Potratz in Docket 15-CR-00236-LHK

2. Mr. Potratz resides in Portland, Oregon.

3. Mr. Potratz made his initial appearance in District Court on July 22, 2015.

4. I am informed and believe that Mr. Potratz is indigent, and travel to and from Court, including lodging in San Jose, is a significant financial hardship.

5. I have conferred with Mary Anderson of the US Marshals, who informed me that the Marshals would only provide one-way transport into the District, and would not provide lodging.

6. My review of the discovery is ongoing, and defense investigation continues.

7. At the September 30, 2015 status conference, I intend to ask for a further continuance to permit review of discovery and further defense investigation.

8. I have reviewed with Mr. Potratz his right to be present at all court proceedings, and he wishes to appear by telephone to preserve his limited resources.

9. I have conferred with AUSA Matthew Parrella, who does not oppose this motion.

I affirm that the facts set forth in this declaration are true and correct, except for those set forth on information and belief, which I believe to be true.

Date: 9/15/15                              /s/_____
                                           Graham E. Archer
                                           Attorney for Eric Potratz

Unopp. Motn. For Telephonic Appearance;
Proposed Order
CR 15-00236-LHK                                      3

1  STEVEN G. KALAR
   Federal Public Defender
2  GRAHAM ARCHER
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA 95113
4  Telephone: (408) 291-7753
   graham_archer@fd.org
5
   Counsel for Defendant,
6  ERIC POTRATZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,        )   No. CR 15-CR-00236-LHK
                                    )
12           Plaintiff,              )   UNOPPOSED MOTION TO PERMIT
                                    )   TELEPHONIC APPEARANCE AT 9/30/15
13 vs.                              )   STATUS CONFERENCE; DECLARATION;
                                    )   [PROPOSED] ORDER
14 ERIC POTRATZ,                    )
                                    )
15           Defendant.              )
   _____ )
16

17                          **[PROPOSED] ORDER**

18      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Eric Potratz may appear

19 telephonically at the status conference scheduled for September 30, 2015 at 9:45 a.m.

20      IT IS SO ORDERED.

21 Dated: September____, 2015

22                                      _____
                                        THE HONORABLE LUCY H. KOH
23                                      United States District Judge

24

25

26

Unopp. Motn. For Telephonic Appearance;
Proposed Order
CR 15-00236-LHK                    4