1  STEVEN G. KALAR
   Federal Public Defender
2  GRAHAM ARCHER
3  Assistant Federal Public Defender
   55 S. Market Street, Suite 820
4  San Jose, CA  95113
5  (408) 291-7753
   (408) 291-7399
6  Graham_Archer@fd.org
7  Counsel for Defendant ERIC POTRATZ
8

9              IN THE UNITED STATES DISTRICT COURT
10           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                       SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA, | CR 15-00236 LHK |
14 | Plaintiff, | DEFENDANT'S WITNESS LIST |
15 | v. | Pretrial Conference: June 28, 2017 |
16 |  | Trial Date: August 11, 2017 |
17 | ERIC POTRATZ, |  |
18 | Defendant. | **Honorable Lucy H. Koh** |

19
20     Defendant Eric Potratz, by and through his counsel, submits this potential witness list for
21 the upcoming trial.  The defense reserves the right to call additional witnesses for rebuttal or
22 impeachment of evidence presented by the government.  The defense is continuing its
23 investigation and may supplement the list below as needed.
24 \\\
25 \\\
26 \\\
27 DEF'S WITNESS LIST
28 CR 15-00236 LHK

1

1  The defense may call the following witnesses, depending on the presentation of the testimony
2  and evidence during the government's case-in-chief:
3      Doug Cole
4      Eric Potratz

                               Respectfully submitted,

Dated: June 14, 2017                    STEVEN G. KALAR
                                     Federal Public Defender

                                       S/
                                    _____
                                     GRAHAM ARCHER
                                     Assistant Federal Public Defender

27  DEF'S WITNESS LIST
28  CR 15-00236 LHK