# Exhibit A

*United States v. Eric Potratz.*
CR 15-00236 LHK



Food and Drug Administration
Center for Drug Evaluation and Research
Office of Compliance
Office of Unapproved Drugs and Labeling Compliance

## Memorandum

**Date:**       June 13, 2017

**From:**      Arthur Simone, MD, PhD
              Senior Medical Advisor

Arthur F. Simone -S  *Digitally signed by Arthur F. Simone -S DN: c=US, o=U.S. Government, ou=HHS, ou=FDA, ou=People, 0.9.2342.19200300.100.1.1=1300178991, cn=Arthur F. Simone -S Date: 2017.06.13 19:01:41 -04'00'*

**Subject:**   New Drug and Prescription Drug Determinations
              AndroHard

## Product Information

Name: AndroHard
Active Ingredient(s) per label: Super-R-DHEA (3a-enanthoxy-5a-androstan-17-one)
Firm(s): Primordial Performance
NDC: none identified on product container

## Executive Summary

The Office of Unapproved Drugs and Labeling Compliance was asked to review labeling and other information for AndroHard, associated with Primordial Performance, to determine if the product is considered to be a drug, a prescription drug, a new drug, or an unapproved new drug.

AndroHard, associated with Primordial Performance, is intended for increasing strength, sex drive, and mental focus for rigorous training sessions as well as inducing profound vascularity, gynecomastia protection, increasing aggression, and superior delivery of hormones. Use of a product for increasing strength, sex drive, and mental focus for rigorous training sessions as well as inducing profound vascularity, and increasing aggression affects structure or function of the body of man. Use of a product for protection against gynecomastia prevents disease in man. Therefore, I conclude that the use of AndroHard in this manner makes it a drug, as defined by the Federal Food, Drug, and Cosmetic Act (FDCA).

107813

Due to the collateral measures necessary to its use, and its toxicity and other potentiality for harmful effect, AndroHard is not safe for use except under the supervision of a practitioner licensed by law to administer such drug.  Therefore, I conclude that AndroHard is a prescription drug product.

A diligent search of the PubMed database, through the FDA Biosciences Library, was conducted in order to determine if AndroHard, associated with Primordial Performance, is a new drug. Search results were evaluated to identify citations that appeared to describe adequate and well-controlled clinical studies of the drug product.  The search identified no adequate and well-controlled clinical studies of AndroHard, associated with Primordial Performance, for its labeled uses.  Therefore, I conclude that AndroHard, associated with Primordial Performance, is not generally recognized as safe and effective (GRASE) for its labeled uses, and therefore, it is a new drug as defined by the FDCA.

A diligent search of official FDA records was conducted to determine whether Primordial Performance, has sought approval for AndroHard and to determine if the product has been approved in the United States.  The search did not identify a New Drug Application (NDA), an Abbreviated New Drug Application (ANDA), or a Biologics License Application (BLA) for AndroHard.  As Primordial Performance, has not sought approval for AndroHard, and the product has not been approved in the United States, I conclude that the product is an unapproved new drug.

In summary, I conclude that AndroHard, associated with Primordial Performance, is a drug, a prescription drug, a new drug, and an unapproved new drug.[1]

### Background

The Office of Unapproved Drugs and Labeling Compliance has been asked to review labeling and information for AndroHard, associated with Primordial Performance, to determine if the product is considered to be a drug, a prescription drug, a new drug, and/or an unapproved new drug.

The product's labeling is included in Appendix 1 and includes images of the immediate container label, the carton and information found on the firm's website (www.primordialperformance.com).

---

[1] Dr. Arthur F. Simone is the Senior Medical Advisor in the Office of Unapproved Drugs and Labeling Compliance in the Office of Compliance, Center for Drug Evaluation and Research (CDER), FDA.  He received his medical degree (M.D.) from the Robert Wood Johnson Medical School in 1988.  He is licensed to practice medicine in Pennsylvania and New Jersey.  He is board certified in anesthesiology.  He has been employed by the Food and Drug Administration since 2002 and has served as both a primary reviewer and team leader in the Office of New Drugs in CDER.  By virtue of his training and professional experience he is familiar with the standards for evaluating whether a product is drug, a new drug, and a prescription drug as set forth in the Federal Food, Drug and Cosmetic Act, 21 U.S.C. §§ 321(g)(1), 321(p), and 353(b), respectively.

The Office of Dietary Supplement Programs in the Center for Food Safety and Applied Nutrition (CFSAN) has evaluated the product and determined that 3a-enanthoxy-5a-androstan-17-one does not fit the definition of a dietary ingredient according to section 201(ff)(1) of the FDCA (21 U.S.C. § 321(ff)).  (See Appendix 2.)

The intended uses of AndroHard were posted by Matt Porter on February 1, 2011, on the Primordial Performance Blog site in an article titled "Are you Ready for the Andro Series?" (see Appendix 1):

> The Andro Hard will convert into DHT [dihydrotestosterone] at a high rate, so androgenic effects will be achieved. Andre Hard displays powerful characteristics such as: an increase in strength, sex drive, and mental focus for rigorous training sessions.
>
> AndroHARD will induce -
> • Profound vascularity
> • Gyno protection
> • Magnified sex drive
> • Increased aggression
> • Superior delivery of hormones

The Primordial Performance website (see Appendix 1) also included the following information regarding AndroHard:

> WARNING:
> This product is not recommended for women, the elderly, anyone under the age of 21 or anyone diagnosed with a serious health condition including but not limited to cancer, BPH, epilepsy, depression, diabetes, cardiovascular disease or high blood pressure.  Temporary side effects of this product may include oily skin, hair loss, reduced fertility, and lowering of HDL (good) cholesterol.
>
> Warning- Drug Interaction: Each softgel of this product contains the equivalent drug interaction effect of ~16 fl. oz. (480ml) of grapefruit juice which can dramatically increase absorption of certain prescription drugs causing severe side-effects from overdose.  A single dose of this product may influence the absorption of drugs for up to 24 hours.  Dosing of prescribed medication may need to be adjusted if used concurrently with this product.  Consult your physician before using this product with any prescription medication.
>
> Warning - Contains Steroids: Using this product may result in a positive test for steroids in organizations testing for performance enhancing compounds.  This includes, but is not limited to, NCAA, WADA, and various government agencies. This does NOT include typical pre-employment drug screening.

107815

NOTICE:
This product is not intended to diagnose, treat, cure, or prevent any disease.

## Drug Determination

According to the FDCA, the term "drug" means
  (A)   articles recognized in the official United States Pharmacopoeia, official Homoeopathic
        Pharmacopoeia of the United States, or official National Formulary, or any supplement
        to any of them; and
  (B)   articles intended for use in the diagnosis, cure, mitigation, treatment, or prevention of
        disease in man or other animals; and
  (C)   articles (other than food) intended to affect the structure or any function of the body of
        man or other animals; and
  (D)   articles intended for use as a component of any article specified in clause (A), (B), or
        (C).[2]

AndroHard is intended for an increase in strength, sex drive, and mental focus for rigorous
training sessions, as well as to induce "profound vascularity," "Gyno" [gynecomastia]
protection, and increased aggression.  Use of a product for increasing strength, sex drive, and
mental focus for rigorous training sessions as well as inducing profound vascularity, and
increasing aggression affects structure or function of the body of man.  Use of a product for
protection against gynecomastia prevents disease in man.  Therefore, I conclude that the use of
AndroHard in this manner makes it a drug, as defined by the FDCA.

## Prescription Drug Determination

A prescription drug is a drug intended for use by man which, because of its toxicity or other
potentiality for harmful effect, or the method of its use, or the collateral measures necessary to its
use, is not safe for use except under the supervision of a practitioner licensed by law to
administer such drug; or a drug limited by an approved application under Section 505 of the Act
(21 U.S.C. § 355) for use under the professional supervision of a practitioner licensed by law to
administer such drug.[3]

AndroHard meets the following criteria for classification as a prescription drug:
  1.   Collateral measures necessary for safe, effective, and appropriate use:
       a.   Medical expertise and clinical assessments, e.g., laboratory testing, is needed to
            determine an individual's risk for gynecomastia or to diagnose the condition as
            well as to determine the most appropriate therapeutic interventions for an
            individual patient.
       b.   Medical expertise and special testing, e.g., laboratory tests, ultrasound
            assessments, are needed to determine whether AndroHard is contraindicated for

---

[2] See 21 U.S.C. § 321(g)(1).
[3] See 21 U.S.C. § 353(b)(1).

107816

an individual, i.e., to determine whether that individual has cancer, BPH, epilepsy, depression, diabetes, cardiovascular disease or high blood pressure.
   c. Medical expertise is required to determine whether the absorption or metabolism of any of the medications taken by an AndroHard user will be adversely affected by use of the product and to determine how much of a dose adjustment will be required for the medications while taking AndroHard.
2. Toxicity or other potentiality for harmful effect:
   AndroHard labeling states that the product may be associated with:
   a. Reduced fertility
   b. Lowering of HDL cholesterol
   c. Dramatically increased absorption of certain prescription drugs causing severe side-effects from overdose

Furthermore, anabolic androgenic steroids (AASs) abuse is commonly associated with bodybuilders, weightlifters, and other athletes. The use of AASs has been associated with a number of toxicities and death in humans. The true incidence of AAS-related toxicities is not known, in part due to the lack of clinical trials assessing their safety, self-reported cases of toxicity often lack exact dosing, and the AASs are often used in combination with other products (including other AASs) making it difficult to determine the extent to which a particular AAS contributed to the toxicity. Furthermore, AAS toxicity is dependent on gender, dose, duration of treatment, genetic factors, and whether the product is taken during exercise training or under sedentary conditions. Both the acute and the chronic use of AASs can lead to toxicity, but generally the serious and even fatal effects depend on the time and the duration of AAS administration.[4]

Reviews of the literature related to AAS safety have been conducted by FDA, and AASs have been found to be associated with direct effects such as cardiac muscle hypertrophy and myocardial fibrosis and indirect effects, including dyslipidemia, hypertension, arrhythmia, and myocardial infarction. It is likely that chronic exposure to these agents can result in significant alterations in the cardiovascular system.[5]

Adverse event reports received by FDA for body building products that are labeled to contain steroids or steroid alternatives involve men (ages 22-55) and include cases of serious liver injury, stroke, kidney failure and pulmonary embolism (blockage of an artery in the lung). Acute liver injury is known to be a possible harmful effect of using anabolic steroid-containing products. In addition, anabolic steroids may cause other serious long-term adverse health consequences in men, women, and children. These include shrinkage of the testes and male infertility,

---

[4] Side effects of AAS abuse: an overview. Turillazzi E, Perilli G, Di Paolo M, Neri M, Riezzo I, Fineschi V. Mini Rev Med Chem. 2011 May; 11(5):374-89.
[5] Androgen abuse and increased cardiac risk. Higgins JP, Heshmat A, Higgins CL. South Med J. 2012 Dec; 105(12):670-4.

107817

masculinization of women, breast enlargement in males, short stature in children, adverse effects on blood lipid levels, and increased risk of heart attack and stroke.[6]

AndroHard is a steroid with purported androgenic and anabolic properties.  In the absence of any clinical evidence to the contrary, it would be expected to carry the same risks as other AASs described above.  Based on the literature search that follows, there is no evidence to suggest that AndroHard is either safer or more dangerous than any other AAS.  Indeed there is no information in the literature regarding either the safety or the efficacy of this product.

Given the risks associated with AASs, the only way in which AndroHard could be safely used on any individual would be under the professional supervision of a practitioner licensed by law to administer such drug who could evaluate the individual and perform the necessary clinical assessments to determine whether AndroHard would be an appropriate treatment for the underlying medical condition as well as to follow the individual during the course of treatment to make the appropriate assessments to determine whether a dose adjustment is required or whether the product needs to be discontinued due to adverse reaction(s).

Based on these collateral measures necessary to the use of AndroHard and its toxicity and potential for harmful effects, I conclude that AndroHard is a prescription drug.

**New Drug Determination**

A drug is a "new drug" unless it is "generally recognized, among experts qualified by scientific training and experience to evaluate the safety and effectiveness of drugs, as safe and effective for use under the conditions prescribed, recommended, or suggested in the labeling . . ."[7]  At a minimum, the contention that a drug product is GRASE must be supported by the same quantity and quality of scientific evidence that is required to obtain approval of a New Drug Application for the product.[8]

In order to be generally recognized as safe and effective (GRASE) under particular conditions of use, a drug must satisfy three criteria:[9]
1. The particular drug product must have been subjected to adequate and well-controlled clinical investigations that establish the product as safe and effective under the proposed conditions of use.
2. Those investigations must have been published in the scientific literature available to qualified experts.
3. Qualified experts must generally agree, based on those published studies, that the product is safe and effective under its proposed conditions of use.

---

[6] Warning on Body Building Products Marketed as Containing Steroids or Steroid-Like Substances.  From FDA's Consumer Updates [https://www.fda.gov/ForConsumers/ConsumerUpdates/ucm173739.htm] posted July 28, 2009 and accessed on June 8, 2017.
[7] 21 U.S.C. § 321(p)(1)
[8] See 21 CFR § 314.200(e)(1).
[9] See 21 U.S.C. § 321(p)(1).

107818

FDA criteria for an "adequate and well-controlled" study include, among other things, the following:[10]

1. A clear statement of the objectives of the investigation and a summary of the proposed or actual methods of analysis in the protocol for the study and in the report of its results. The protocol should contain a description of the proposed methods of analysis, and the study report should contain a description of the methods of analysis ultimately used. If the protocol does not contain a description of the proposed methods of analysis, the study report should describe how the methods used were selected.

2. The study must use a design that permits a valid comparison with a control to provide a quantitative assessment of drug effect.  The protocol for the study and report of results should describe the study design precisely; for example, duration of treatment periods, whether treatments are parallel, sequential, or crossover, and whether the sample size is predetermined or based upon some interim analysis.  Adequate and well-controlled clinical studies may be confirmatory or exploratory.

3. The method of selection of subjects provides adequate assurance that they have the disease or condition being studied, or evidence of susceptibility and exposure to the condition against which prophylaxis is directed.

4. The method of assigning patients to treatment and control groups minimizes bias and is intended to assure comparability of the groups with respect to pertinent variables such as age, sex, severity of disease, duration of disease, and use of drugs or therapy other than the test drug.  The protocol for the study and the report of its results should describe how subjects were assigned to groups.  Ordinarily, in a concurrently controlled study, assignment is by randomization, with or without stratification.

5. Adequate measures are taken to minimize bias on the part of the subjects, observers, and analysts of the data. The protocol and report of the study should describe the procedures used to accomplish this, such as blinding.

6. The methods of assessment of subjects' response are well-defined and reliable. The protocol for the study and report of results should explain the variables measured, the methods of observation, and criteria used to assess response.

7. There is an analysis of the results of the study adequate to assess the effects of the drug. The report of the study should describe the results and the analytic methods used to evaluate them, including any appropriate statistical methods.  The analysis should assess, among other things, the comparability of test and control groups with respect to pertinent variables, and the effects of any interim data analyses performed.

Reports of adequate and well-controlled investigations provide the primary basis for determining whether there is "substantial evidence" to support the claims of effectiveness for new drugs. Therefore, the study report should provide sufficient details of study design, conduct, and analysis to allow critical evaluation and a determination of whether the characteristics of an adequate and well-controlled study are present.[11]

---

[10] See 21 CFR § 314.126(b)
[11] See 21 CFR § 314.126(a)

For a study to be considered adequate for approval of a new drug, it is also required that the test drug be standardized as to identity, strength, quality, purity, and dosage form to give significance to the results of the investigation.[12]

Confirmatory studies, as a rule, are necessary to provide firm evidence of efficacy or safety. A confirmatory study is an adequately controlled trial in which the hypotheses are stated in advance and evaluated. In such studies the key hypothesis of interest follows directly from the trial's primary objective, is always predefined, and is the hypothesis that is subsequently tested when the study is complete. In a confirmatory study, it is equally important to estimate with due precision the size of the effects attributable to the treatment of interest and to relate these effects to their clinical significance.[13]

Uncontrolled studies or partially controlled studies are not acceptable as the sole basis for the approval of claims of effectiveness. Such studies carefully conducted and documented, may provide corroborative support of well-controlled studies regarding efficacy and may yield valuable data regarding safety of the test drug. Such studies will be considered on their merits in the light of the principles listed here, with the exception of the requirement for the comparison of the treated subjects with controls. Isolated case reports, random experience, and reports lacking the details which permit scientific evaluation will not be considered.[14]

To identify adequate and well-controlled clinical studies of safety and efficacy for AndroHard, I conducted searches of the PubMed database on April 19, 2017, to identify citations that referred to AndroHard associated with Primordial Performance. The PubMed database was used to ensure a comprehensive search of the available literature. PubMed is produced by the U.S. National Library of Medicine and contains references to journal articles in the life sciences with a concentration on biomedicine. Subject areas also covered by PubMed include, but are not limited to, biomedical research, clinical sciences, pharmacy, pharmacology and pharmaceuticals, and toxicology. Results were evaluated to identify any articles that appeared to describe adequate and well-controlled clinical studies of AndroHard.

The chart below summarizes the terms used to search the literature and number of citations retrieved by each search.

| Search No. | Search terms | Search limits | Search results* |
|---|---|---|---|
| 1 | "AndroHard" AND "Primordial Performance" | None | 0 citations |
| 2 | "Andro Hard" AND "Primordial Performance" | None | 0 citations |
| 3 | "Super-R-DHEA" AND "Primordial Performance" | None | 0 citations |
| 4 | "3a-enanthoxy-5a-androstan-17-one" AND "Primordial Performance" | None | 0 citations |
| 5 | "Super-R-DHEA" | None | 0 citations |

[12] See 21 CFR § 314.126(d)
[13] Guidance for Industry: E9 Statistical Principles for Clinical Trials; September, 1998, pp. 4-5.
[14] See 21 CFR § 314.126(e)

107820

| Search No. | Search terms | Search limits | Search results* |
|---|---|---|---|
| 6 | "3a-enanthoxy-5a-androstan-17-one" | None | 0 citations |
| 7 | "Primordial Performance" | None | 0 citations |

* For quoted phrases only.

In summary, these searches identified no adequate and well-controlled clinical studies of AndroHard, associated with Primordial Performance. Therefore, I conclude that AndroHard, associated with Primordial Performance, is not GRASE for its intended uses, and therefore, it is a new drug as defined by the FDCA.

**Unapproved Drug Determination**

When an applicant submits to FDA an Investigational New Drug (IND) application, an NDA, an ANDA, or a BLA for any intended use of a new drug, the existence of that submission is reflected in various records that FDA regularly makes and preserves in the normal course of its regulatory affairs. On April 19, 2017, I conducted diligent searches of the FDA's Approved Drug Products with Therapeutic Equivalence Evaluations (Orange Book), Drugs@FDA, and the Document Archiving, Reporting, and Regulatory Tracking System (DARRTS) databases to determine whether Primordial Performance, has sought approval for AndroHard and to determine if the product has been approved in the United States. A record of the searches is appended to this document (see Appendix 3).

The searches identified no IND, NDA, ANDA, or BLA for AndroHard, associated with Primordial Performance. Thus, Primordial Performance has not sought approval for AndroHard, and the product has not been approved in the United States. Since there are no approved applications for AndroHard, associated with Primordial Performance, I conclude that the product is an unapproved new drug.

**Appendix 1: Product Labeling**

  













107823

Home | Products | Information | Forum | Contact Us   Live Help Unavailable

*PRIMORDIAL PERFORMANCE*
Leading the Steroid Revolution

SHOPPING CART ▼
Username

ITEMS:        3
SUBTOTAL:  $99.90

Recover password
Register

## Birth of the AndroSeries
Posted on February 5, 2011 by Eric Potratz

I can recall May 15th, 2010 pretty well.

I was outside the Primordial Performance office in Portland OR with one of the original Primordial Performance investors Dustin Adler, talking about the future of the company. The discussion wasn't really about Dustin's financial interest since he had already sold off his personal shares. He was really just obsessed with business and wanted to get a feel for the core concept of the company.

*"Do you feel the business is doing well?"* Dustin asked me.

*"Yeah, our products are pretty solid, people like them, and as soon as we pay down some of our debt we should be able to release some new products"* I replied, keeping a positive spin on the question.

Dustin slowed his walk. *"Do you think Primordial is the greatest in the world at what it offers?"* he asked inquisitively.

Greatest at what? I thought. I took a moment to think of a worthy reply. Dustin was a longtime friend and someone I respected very much. He had insightful information on a wide variety of topics, and always had a good sense – I knew the question was leading to something.

Before I could reply, he stopped, looked straight at me, and gave me a few words I would never forget –

*"Eric, if everyone at PP is going to work 80 hours per week and pour every ounce of their life into this company shouldn't it be the greatest in at least something? If you aren't distinguishing yourself then this company just isn't that special, or its not taking big enough bets. it's time to break out or get out"*

It was a challenge and it struck me like a bolt of lightning.

I understood what he meant and he was right. I was dwindling and not seizing opportunity to its fullest extent. Our products were good, but they could be so much better.

But what exactly could we or should we be the greatest in the world at? We had always worked towards the concept of having a great *"men's health company"*, but that concept was so vague. We needed something more *specific*. I scanned my brain for the most noteworthy products we had developed since we started, and it was clear – Primordial Performance is in the business of selling steroids.

### Definition of Greatness

With a clear objective in mind, it was time to figure out what defined the world's greatest *steroid*.

People's goals are different, so there would be no single *greatest steroid*. I also knew greatness couldn't simply be defined as simply being the most powerful. *Methyltrienolone* is the most powerful anabolic steroid ever created, 300x stronger than testosterone, but it can't actually be used without causing severe liver and kidney damage – and that's not so great.

Considering the goals of most users, we decided the greatest steroids in the world must meet the following requirements:

- Powerful
- Safe
- Easy to use
- Reliable
- Legal
- Supported by the Manufacturer

### Entrenched in R&D

Suddenly, life had renewed purpose and inspiration — Project AndroSeries was underway.

http://www.primordialperformance.com/blog/articles/birth-of-the-androseries.html

2/23/2011

107824

**Birth of the AndroSeries | Primordial Performance Blog**

Page 2 of 4

Home Products Information Forum Contact Us  Live Help Unavailable   was loud and   SHOPPING CART ▼   ITEMS:        3
SUBTOTAL:  $909.85

I changed a meeting with our outside consultants and manufacturing pla...

*"We are going to produce the greatest steroidal formula the nutraceutical and pharmaceutical industry has ever seen. We are pulling all stops and fully investing all resources"*

I gathered every pertinent study I had and began tuning my steroidal cerebral. I tracked down over 200 full text scientific references on the pertinent topics – bioavailability, metabolism, pharmacokinetics, bio-equivalency, biological effects and more.
We had a number of goals to accomplish with this project, the most notable being –

▢ A product that rivals the effectiveness and safety of injectable steroids
▢ A series of products that can be stacked according to anabolic/androgenic preference
▢ An oral delivery system that effectively delivers naturally occurring steroids
› Increased cost effectiveness and safety over any other available steroid preparation
  Portability and convenient dosing (softgels)
▢ A product with a defendable legal status

At the peak of my research I had gathered so many papers, graphs, experimental notes, and info from outside consultants that I hired a personal secretary just to organize and record the information into an organized format.

### Steroids & Legal Issues

As of 2011, nearly all "anabolic steroids" have been made illegal by the US congress. Anything that's not on the ban list, is still deemed illegal by default if it binds to the androgen receptor and has androgenic or anabolic effects. And if the compound is an anabolic steroid it isn't DSHEA or compliant with the FDA, DEA and USADA.

The steroid known as dehydroepiandrosterone (DHEA) is explicitly exempted from the Anabolic Steroid Control Act, because it does not activate the androgen receptor in its original DHEA form – therefore it's not an anabolic steroid – that is, until it converts.

In other words, even though DHEA has anabolic and androgenic effects those effects are not seen until it's activated in the human body. Plus, because DHEA is a naturally occurring component in the food supply, it's legal to sell as a dietary supplement.

### Plain old DHEA

As bodybuilders found out over a decade ago, regular DHEA is a poor mass builder, even if you take tons of it.

The theory was that since it converts to testosterone at a rate of about 1%, you can take enough of it to build muscle – but regular DHEA has several problems that prevent it from being a truly effective anabolic agent, explained briefly below -

### Limitations of Standard DHEA

DHEA, less known as 5-DHEA, has several limitations that prevent it from being a solid mass builder.

**Problem #1 – Bioavailability & Absorption.**
The bioavailability of DHEA is only about 2-3% (1) – and we fixed that problem with Liqua-Vade HTC — but there were still two major issues preventing DHEA from being an effective muscle builder.

**Problem #2 – Calorie Burn Off.**
The double bond in the *5th position* makes the molecule very thermogenic with a tendency to increase the metabolism to burn off calories by heat generation by conversion to 7-oxo-DHEA. (2) This thermogenic effect makes the metabolism *inefficient* for muscle building because it burns calories off as heat rather than partitioning them towards muscle.

Double bond in 5th position

http://www.primordialperformance.com/blog/articles/birth-of-the-androseries.html

2/23/2011

107825

Birth of the AndroSeries | Primordial Performance Blog

Home | Products | Information | Forum | Contact Us | Live Help | SHOPPING CART ▼ | ITEMS: 3 SUBTOTAL: $909.95

This effect would make DHEA a great ingredient, but a poor builder.

**Problem #3 – Limited Anabolic Potency.**

The double bond in the 5th position of regular DHEA also limits its anabolic potential. The main metabolite of DHEA is 5-androstenediol – which is a much weaker androgen than 4-androstenediol. Therefore, by moving the double bond over to the 4th position - creating 4-DHEA – it becomes an immediate precursor to 4-androstenediol and the anabolic potential is greatly enhanced. (3-4)



Double bond in 4th position

It was clear to us that small modifications could be made to the DHEA molecule that would have big improvements on its biological effects – yet keeping its basic "DHEA" structure for legality purposes. The entire AndroSeries would be based around specifically chosen DHEA derivatives delivered in our latest generation of Liqua-Vade HTC – The result of which would blow away our previous generation of steroidal products.

After thousands of hours of focused R&D, I was ready to present the formula to the board of directors.

**Making the pitch – Against all odds**

The board meeting wasn't so much for approval as it was for moral support. I made the pitch to the board. Then the shots came...

*"You understand these products will be too expensive right?"*

*"We can offer a payment plan. Besides, plenty of guys already pay over several hundred dollars a month for injectable gear or TRT prescriptions, and this will be more convenient and cost effective."* I replied.

*"You understand the FDA or DEA will come after us once they hear the word 'steroid' right?"*

*"The ingredients are DSHEA compliant and the word 'steroid' is not illegal. We will have our position papers ready"* I replied.

*"You understand that if this product actually works big pharma is going to crush you right?"*

*"We will have an attorney armed and ready. If they try to bully us we will fight back."* I replied.

*"You understand that our credit is exhausted and it would take over 2 years to raise the funds to produce these products right?"*

*"Yes, that is why we will run a massive discontinuation sale on all current pro-hormone products to raise the capital."* I replied.

On Sept 12th 2010 we launched the Pro-hormone discontinuation sale. It created the biggest uproar Primordial Performance had ever seen. Accusations and rumors flew – "PP is selling out!", "It's a hostile takeover!", "They've been busted by the feds!", and "they are bluffing!" – none of it was true.

One thing was clear, this was going to be the most revolutionary thing Primordial Performance would ever do. This was the beginning of the AndroSeries.

References -

1  Absolute bioavailability of testosterone after oral administration of testosterone-undecanoate and testosterone.
Tauber U, et al.
Eur J Drug Metab Pharmacokinet. 1986 Apr-Jun;11(2):145-6

http://www.primordialperformance.com/blog/articles/birth-of-the-androseries.html

2/23/2011

107826

Birth of the AndroSeries | Primordial Performance Blog | Page 4 of 4

**Home** | **Products** | Information | Forum | Contact Us | Live Help Unavailable    SHOPPING CART ▼    ITEMS: 3  SUBTOTAL: $909.85

2. Steroids and Prohormones

Hampl R, et al

Physiol Res 2006;55(2):123-31. Epub 2006 May 24.

3. Androgens and anabolic agents

Julius A. Vida

Chemistry and pharmacology (1969)

4. Determination of androgen bioactivity in human serum samples using a recombinant cell based in vitro bioassay.

Roy et al

J Steroid Biochem Mol Biol. 2006 Sep; 101(1):68-77. Epub 2006 Aug 8



**About Eric Potratz**

Eric Potratz has developed his education in the field of endocrinology and performance enhancement through years of research, counseling, and real world experience. Over the past decade he has been a private consultant for hundreds of athletes and bodybuilders alike, and is the founder & president of Primordial Performance LLC.

This entry was posted in Articles and tagged Adler, Beta, Bolt Of Lightning, Brain, Core Concept, Extent, Few Words, Financial interest, Good Sense, Great Men, Health Company, Investors, Longtime Friend, Men S Health, Ounce, Personal Shares, Reply, Spin, Variety. Bookmark the permalink.

**3 Responses to *Birth of the AndroSeries***



avatar1389 says:

February 11, 2011 at 7:05 am

Sooo...maybe you could create a part of the webpage were we can buy stock?

Log in to Reply

Pingback: Andro series from Primordial Performance is a go [Forums]

Pingback: The Future of Primordial Performance - Page 14 - Lean Bulk Forums | Fitness Discussion Group | Fitness Forums

**Main**
Home | Information | Weekly Science | Forum | Contact Us

**Products**
Sustain-Alpha (topical) | Dermatherm-Target (topical) | Phyto Testosterone | Toco-8 | EndoAmp-Max | 1-Hormone Saliva Test | Topical Solution | Slumber Stack | Testosterone Recovery Stack | Basic-Hormone-Profile-Blood-Test | Full-Hormone-Profile-Blood-Test | 4-Hormone Saliva Test | Cla | Fat-Less-Stack | Toceo | Creatine (Creapure ...) | Beta-Alanine | Organic Vitaberry ... | Blender Bottle | Green Tea | Anabolic Pharmacology | PP T Shirt (Cotton) | Sustain Alpha Liqua Vade | Testosterone Recovery Stack Oral SA | Vitamin D 25-OH Test | Sweet Serum | Pre-Max | Ultimate Pre-Workout Stacker | GlycoCarn-GPLC | Liver Juice | Arginocarn | Maximum Absorbed Protein | Testosterone Conversion Factor-1 | AndroMass | AndroLean | AndroHard | 60 Minute Consultation | AndroHard + Consultation | AndroLean + Consultation | AndroMass + Consultation

These statements have not been evaluated by the Food & Drug Administration (FDA). This product is not intended to diagnose, treat, cure, or prevent any disease.

Copyright © 2006-2011 Primordial Performance, LLC. All Rights Reserved

http://www.primordialperformance.com/blog/articles/birth-of-the-androseries.html    2/23/2011

107827

Are you Ready for the Andro Series? | Primordial Performance Blog | Page 1 of 4

Home | Products | Information | Forum | Contact Us  Live Help Unavailable

 *PRIMORDIAL PERFORMANCE*
Adding the Stack Revolution


SHOPPING CART ▼
Username

ITEMS: 3
SUBTOTAL: $90 GO

Recover password
Register

## Are you Ready for the Andro Series?
Posted on February 1, 2011 by Matt Porter

The release of the Andro Series Project is right around the corner and is going to be a steroidal breakthrough in the supplement industry. Each compound is a *Metabolic Steroid* and will elicit a host of effects such as; *improved metabolic rate* for losing body fat, *increased anabolism* for accruing lean muscle mass, *heightened sexual prowess* for intimacy, and *improved self-confidence*. What there won't be are numerous hazardous side effects that are commonly seen with the current line of designer steroids and illegal anabolic steroids. The Andro Series has been meticulously formulated to avoid excessive stress on the liver, kidneys and heart. However, please don't mistake a lack of side effects for a lack of results. Delivery is everything when it comes to a product being active and effective, and we have established the best in oral delivery and *bio-availability*.




## Stack AndroMASS with AndroHARD for extreme muscular weight gain

I would like to prepare you for how to optimize and maximize your experience when incorporating the Andro Series products into your nutrition and training regimen. I would advise anyone who has experienced a training layoff due to injury, illness or laziness to first get back into the swing of things before utilizing hormonal supplementation. You will be growing regardless so it would give Andro Series a false sense of effectiveness. Once you have hit a training and nutrition plateau then it is time to implement a steroid cycle. Depending on your goals, whether it is ultimate muscle gain or extreme fat-loss you must choose the proper products to accommodate your target goal. For extreme muscular weight gain, stacking Andro Mass with Andro Hard would provide an ideal hormonal environment. The Andro Mass would be the "meat and potatoes" of the stack, yielding high conversions to *Testosterone* and *DihydroBoldenone*. Testosterone needs no description as it is the most widely used steroid available. It is known to enhance muscle mass, increase fat-loss, and raise sex drive. *DihydroBoldenone* is a 5-aplha-reduced form of the steroid boldenone. It elicits *mild androgenic* traits and is a *potent anabolic*. It has been reported to bind aggressively to the androgen receptor eliciting minimal androgenic side effects and substantial transcriptional gene activity that induces extreme muscle growth. The Andro Hard will convert into *DHT* at a high rate, so androgenic effects will be achieved. Andro Hard displays powerful characteristics such as: an increase in *strength*, *sex drive*, and *mental focus* for rigorous training sessions.

**AndroMASS will induce -**

- *High anabolic activity*
- *No toxic side effects*
- *Increased muscle hardness*
- *Muscular weight gain*
- *Superior delivery of hormones*

**AndroHARD will induce -**

- *Profound vascularity*
- *Gyno protection*
- *Magnified sex drive*
- *Increased aggression*
- *Superior delivery of hormones*

## What is the optimal nutrition plan for this mass gaining cycle?

Now that you know how these 2 products can help you in your plight for extreme mass gaining, it is on you to implement proper training and nutrition to potentiate the effects of the steroid cycle. I will not expand too much on the nutritional aspect of utilizing this stack for *muscular weight gain*, but I will briefly

http://www.primordialperformance.com/blog/articles/health-and-fitness-articles-fat-loss-muscle-gain/are-... 2/23/2011

107828

touch base on a few key dieting recommendations. Make sure to structure a diet plan ahead and with no excuses. Create a nutrition plan that coincides with your body type. Meaning, if you are an ectomorph you can get by with more carbohydrates (200-300 grams) and dietary fat than an endomorphic body type. The mesomorph and endomorph would benefit greatly from a modest allotment of quality carbohydrates (150-300 grams) and using essential fatty acids for their fat sources. All body types would need to adjust their protein intake depending on body weight and their carbohydrate and dietary fat requirements. A good rule of thumb for mass gaining is to ingest 1.5 grams of protein per pound of body weight. You may ask, "Why only 1.5 grams?" That is because you have adequate fat and carbohydrates to spare the protein.

 

Ectomorph     Mesomorph     Endomorph

**Which body type are you?**

Next, we will go over the goal of extreme fat-loss. Andro Hard stacked with Andro Lean would be the weapons of choice to accomplish such a goal. The Andro Lean is equipped with Super-7-Dhea, which will increase fat loss 3 times more than diet and exercise alone. Super-7-Dhea will increase fat oxidation through the mitochondria from increased thyroid output from elevated T3 levels. However, thyroid stimulating hormone and T4 levels will remain unchanged, so thyroid suppression is not an issue. Super-5-Dhea is also included to keep testosterone levels elevated for muscle preservation and increased sex drive when going on a reduced calorie diet. The ectomorph body type once again can have more liberty with their carbohydrate allotment (200-300 grams) while cutting, but keep dietary fat lower so calories are in a deficit. Cardio is usually something ectomorphs don't have to worry about, but for general health, it is recommended 3-4 times a week for at least 20 minutes. The mesomorph would diet best on medium to low carbohydrates (100-200 grams) incorporated around training, while ingesting protein with essential fatty acids at other meals of the day. Cardio performed 5 times a week, starting at 20 minutes a day is recommended. The endomorphic body type usually responds well to very low carbohydrate intake (30-75 grams) while keeping essential fatty acids in the diet. Cardio will be a key factor in getting lean with endomorph's, so I would recommend starting off with 30 minutes a day, 6-7 times a week. When starting a cutting phase, protein intake should get ramped up since carbohydrates and fats are reduced. I recommend 2 grams of protein per pound of body weight and adjust accordingly from there. As far as weight training is concerned. I like to see people whether dieting or bulking to base their workouts around basic free weight movements. Squats, (back and front) dead lifts, (all variations) Incline barbell and dumb bell bench presses, standing barbell curls, and bent over barbell rows should all be staples if you have no injuries inhibiting you from executing such crucial exercises.



**AndroLEAN will induce -**

- Increased active thyroid output (T3)
- Increased fatty acid uncoupling
- Mild conversions to testosterone
- Non stimulant thermogenesis

http://www.primordialperformance.com/blog/articles/health-and-fitness-articles-fat-loss-muscle-gain/are-...   2/23/2011

Are you Ready for the Andro Series? | Primordial Performance Blog

Home | Supplies · Information · Forum | Contact Us | Live Help Unavailable

SHOPPING CART ▼

Page 3 of 4

ITEMS:  3
SUBTOTAL:  $909.85

It should be no surprise that having your *Post Cycle Therapy* planned ahead of time is always recommended. You should never start a steroid cycle without having all ancillary products and post cycle products in your possession from the beginning. There are some very effective products that stand out when choosing a proper PCT protocol. If you choose a pharmaceutical, *Toremifene* would be a good choice. *D-aspartic-acid* also has proven itself effective alongside a natural SERM-like supplement, such as *Trans-Resveratrol*. I would recommend running your Post Cycle Therapy for at least 4 weeks to ensure adequate recovery of natural hormones.



**Toremifene molecular structure shown above:**

In closing, please understand that you need to plan your steroid cycles carefully and never go into it and "wing it." Plot out your nutrition protocol, training regimen, and PCT accordingly. Keep in mind you are suppressing your endogenous production of natural hormones so make the absolute most of your next cycle.

References:

1.)Friedel A, Geyer H, Kamber M, Lauderbach-Leschowsky U, Schanzer W, Thevis M, Voller G, Zierau O, Diel P. 17beta-hydroxy-5alpha-androst-1-en-3-one(1-testosterone) is a potent androgen with anabolic properties. Toxicol Lett. 2006 Aug 20;165(2):129-55.

2.)Lam P. Ly, Mark Jimenez, Tian N. Zhuang, David S. Celermajer, Ann J. Conway, and David J. Handelsman,A Double-Blind, Placebo-Controlled, Randomized Clinical Trial of Transdermal Dihydrotestosterone Gel on Muscular Strength, Mobility, and Quality of Life in Older Men with Partial Androgen Deficiency. J. Clin. Endocrinol. Metab., Sep 2001; 86: 4078 – 4088.

3.) Christos S Mantzoros, Emmanuel I Georgiadis, head, Endocrine Units, Dimitrios Trichopoulos, professor and chiefb, Contribution of dihydrotestosterone to male sexual behavior. BMJ 1995; 310 : 1289 (Published 20 May 1995)

4.)Bobyleva V, Bellei M, Lardy H. The effects of the ergosteroid 7-oxo-dehydroepiandrosterone on mitochondrial membrane potential: Possible relationship to thermogenesis. Arch Biochem Biophys 1997;341:122-128.

5.)Bosy TZ, Moore KA, Poklis A. The effect of oral dehydroepiandrosterone (DHEA) on theurine testosterone/epitestosterone (T/E) ratio in human male volunteers. J Anal Toxicol 1998;22:455-459.



**About Matt Porter**

Matt Porter is an accomplished NPC National Level Bodybuilding competitor, with various State Titles under his belt. He also is a contest prep coach for numerous physique competitors active in Bodybuilding, Figure, Fitness, and Bikini competitions nationwide. He has been involved in the health and fitness industry for 10 years and has accumulated a wide array of knowledge regarding nutrition, supplementation and exercise.

This entry was posted in Articles, Health and Fitness Articles and tagged Anabolism, Andro, Andro Hard, Andro Lean, Andro Mass, Andro Series, Bone Mineral Density, Excessive Stress, False Sense, Hormonal Environment, Illegal Anabolic Steroids, Kidneys, Layoff, Laziness, Lean Muscle Mass, Meat And Potatoes, Metabolic Rate, Muscle Gain, Muscle Hardness, Muscular Weight Gain, Oral Delivery, Primordial Performance, Self Confidence, Sexual Prowess, Steroid Cycle, Supplement Industry, Swing Of Things, Target Goal. Bookmark the permalink.

**4 Responses to *Are you Ready for the Andro Series?***



master says:

December 31, 2010 at 9:23 pm

wow cool article (I'm just putting in some comments so I can see how they display)

http://www.primordialperformance.com/blog/articles/health-and-fitness-articles-fat-loss-muscle-gain/are-...   2/23/2011



Home | Products | Information | Forum | Contact Us | Live Help Unavailable | SHOPPING CART ▼ | ITEMS: 3 SUBTOTAL: $999.85

**redhulk22** *says:*
February 9, 2011 at 6:37 am

I love the new site, content and these articles. Ill be spending a lot of time here I can tell.

Log in to Reply

**stephendaniels** *says:*
February 13, 2011 at 3:39 pm

Regarding the new Andro Series, does anyone have input on using the "Testosterone Recover Stack" from Primordial Performace? Is is a sufficent PCT for the Andro Series and if so when should you start it?

Thanks

Log in to Reply

Pingback: *Asian carp called the biggest threat to Great Lakes in years | Taking care of your pet*

**Main**
Home | Information | Weekly Science | Forum | Contact Us

**Products**
Sustain-Alpha (topical) | Dermatherm-Target (topical) | Phyto Testosterone | Toco-8 | EndoAmp-Max | 1-Hormone Saliva Test | Topical Solution | Slumber Stack | Testosterone Recovery Stack | Basic-Hormone-Profile-Blood-Test | Full-Hormone-Profile-Blood-Test | 4-Hormone Saliva Test | Cla | Fat-Loss-Stack | Ibcaa | Creatine (Creapure ) | Beta-Alanine | Organic Vitaberry | Blender Bottle | Green Tea | Anabolic Pharmacology | PP T Shirt (Cotton) | Sustain Alpha Liqua Vade | Testosterone Recovery Stack Oral SA | Vitamin D 25-OH Test | Sweet Serum | Pre-Max | Ultimate Pre-Workout Stacker | GlycoCarn-GPLC | Liver Juice | Arginocarn | Maximum Absorbed Protein | Testosterone Conversion Factor-1 | AndroMass | AndroLean | AndroHard | 60 Minute Consultation | AndroHard + Consultation | AndroLean + Consultation | AndroMass + Consultation

These statements have not been evaluated by the Food & Drug Administration (FDA). This product is not intended to diagnose, treat, cure, or prevent any disease.

Copyright © 2008-2011 Primordial Performance, LLC. All Rights Reserved

AndroHard                                                                    Memorandum
New Drug/Prescription Drug Determination                                     Page **19** of **34**

107831



107832



AndroHard                                                                    Memorandum
New Drug/Prescription Drug Determination                                     Page **21** of **34**

107833



AndroHard                                                                    Memorandum
New Drug/Prescription Drug Determination                                      Page **22** of **34**

107834



Home | Products | Information | RELATED DISCUSSION us    Live Help Unavailable        SHOPPING CART ▼    ITEMS: 3    SUBTOTAL: $809.85

The Official AndroHard Thread

Read All...

## Supplement Facts

Serving Size: 3 softgels
Servings per container: 56

| Amount Per Serving | %Daily Value |
| --- | --- |
| Super-R-DHEA™ (3a-enanthoxy-5a-androstan-17-one) | 300mg* |
| Liqua-Vade Hormone Transport Complex™ | 2995mg* |

High linoleic safflower oil glyceryl monolinoleate, ethoxylated sorbitan monooleate, phospholipid complex (standardized to 35% phosphatidylcholine), medium chain triglycerides, and Hormone Protection Complex™ (grapefruit peel pagoda tree bud extract)

*Daily Value not established

Other Ingredients:

Gelatin, tocopheryl acetate, glycerin, purified water, titanium dioxide, hydroxypropyl methylcellulose, grape spirits, FD&C Blue #1, FD&C Blue #1 Alum. Lake, and FD&C Red #40 Alum. Lake.

† Derived from soy

### Recommended Use:

As a dietary supplement take 1-3 softgels upon rising and 1-3 softgels 6-8 hours later. Take with or without meals.

Do not use this product longer than 6 weeks without taking 6 weeks of between each cycle. 6 week off-time must exclude all steroidal products.

This product may be stacked with other AndroSeries™ products. The maximum recommended dose may be used with each of the AndroSeries products, or reduced according to goals.

### WARNING:

This product is not recommended for women, the elderly, anyone under the age of 21 or anyone diagnosed with a serious health condition including but not limited to cancer, BPH, epilepsy, depression, diabetes, cardiovascular disease or high blood pressure. Temporary side effects of this product may include oily skin, hair loss, reduced fertility, and lowering of HDL (good) cholesterol.

**Warning – Drug Interaction:** Each softgel of this product contains the equivalent drug interaction effect of ~16 fl. oz. (480mL) of grapefruit juice which can dramatically increase absorption of certain prescription drugs causing severe side-effects from overdose. A single dose of this product may influence the absorption of drugs for up to 24 hours. Dosing of prescribed medication may need to be adjusted if used concurrently with this product. Consult your physician before using this product with any prescription medication.

**Warning - Contains Steroids:** Using this product may result in a positive test for steroids in organizations testing for performance enhancing compounds. This includes, but is not limited to, NCAA, WADA, and various government agencies. This does NOT include typical pre-employment drug screening.

### NOTICE:

This product is not intended to diagnose, treat, cure, or prevent any disease.

---

Main
Home | Information | Weekly Science | Forum | Contact Us

Products
Sustain-Alpha (topical) | Dermatherm-Target (topical) | Phyto Testosterone | Tocc-8 | EndoAmp-Max | 1-Hormone Saliva Test | Topical Solution | Slumber Stack | Testosterone Recovery Stack | Basic-Hormone-Profile-Blood-Test | Full-Hormone-Profile-Blood-Test | 4-Hormone Saliva Test | Cla | Fat-Loss-Stack | Ibcaa | Creatine (Creapure®) | Beta-Alanine | Organic Vitaberry® | Blender Bottle | Green Tea | Anabolic Pharmacology | PP T Shirt (Cotton) | Sustain Alpha Liqua Vade | Testosterone Recovery Stack Oral SA | Vitamin D 25-OH Test | Sweet Serum | Pre-Max | Ultimate Pre-Workout Stacker | GlycoCarn-GPLC | Liver Juice | Arginocarn | Maximum Absorbed Protein | Testosterone Conversion Factor-1 | AndroMass | AndroLean | AndroHard | 60 Minute Consultation | AndroHard + Consultation | AndroLean + Consultation | AndroMass + Consultation

These statements have not been evaluated by the Food & Drug Administration (FDA). This product is not intended to diagnose, treat, cure, or prevent any disease.

Copyright © 2008-2011 Primordial Performance, LLC. All Rights Reserved.

http://www.primordialperformance.com/store/androhard-v2.html                          2/23/2011

---

AndroHard                                                                              Memorandum
New Drug/Prescription Drug Determination                                               Page **23** of **34**





http://www.primordialperformance.com/store/andromass.html

2/23/2011

AndroHard
New Drug/Prescription Drug Determination

Memorandum
Page **25** of **34**

107837



http://www.primordialperformance.com/store/andromass.html

2/23/2011

AndroHard
New Drug/Prescription Drug Determination

Memorandum
Page **26** of **34**

107838



ANDRO mass                                                                                    Page 4 of 4

Home | Products | Information | Forum | Contact Us    Live Help Unavailable       SHOPPING CART ▼      ITEMS:       3
                                                                                              SUBTOTAL:  $909.95

**// RELATED DISCUSSION**

The Official AndroMass Thread

## Supplement Facts

Serving Size: 3 softgels
Servings per container: 56

| | %Daily Value |
|---|---|
| Amount Per Serving | |
| Super-1-DHEA™ (3b-enanthoxyandrost-1-en-17-one) | 180mg* |
| Super-4-DHEA™ (3b-enanthoxyandrost-4-en-17-one) | 150mg* |
| Liqua-Vade Hormone Transport Complex™ | 206*mg* |

High linoleic safflower oil glyceryl monolinoleate, ethoxylated sorbitan monooleate, phosphatidyl complex (standardized to 35% phosphatidylcholine), medium chain triglycerides, and Hormone Protection Complex™ (grapefruit peer pagoda tree bud extract)

*Daily Value not established

Other Ingredients:
Gelatin, tocopheryl acetate, glycerin, purified water, titanium dioxide, hydroxypropyl methylcellulose, grape spirits, FD&C Blue #1, and FD&C Blue #1 Alum. Lake.

† Derived from soy

---

Recommended Use:

As a dietary supplement take 1-3 softgels upon rising and 1-3 softgels 6-8 hours later. Take with or without meals.

Do not use this product longer than 6 weeks without taking 6 weeks off between each cycle. 6 week off-time must exclude all steroidal products.

This product may be stacked with other AndroSeries™ products. The maximum recommended dose may be used with each of the AndroSeries products, or reduced according to goals.

WARNING:

This product is not recommended for women, the elderly, anyone under the age of 21 or anyone diagnosed with a serious health condition including but not limited to cancer, BPH, epilepsy, depression, diabetes, cardiovascular disease or high blood pressure. Temporary side effects of this product may include weight gain, oily skin, hair loss, reduced fertility, and lowering of HDL (good) cholesterol.

Warning – Drug Interaction: Each softgel of this product contains the equivalent drug interaction effect of ~16 fl. oz. (480mL) of grapefruit juice which can dramatically increase absorption of certain prescription drugs causing severe side-effects from overdose. A single dose of this product may influence the absorption of drugs for up to 24 hours. Dosing of prescribed medication may need to be adjusted if used concurrently with this product. Consult your physician before using this product with any prescription medication.

Warning – Contains Steroids: Using this product may result in a positive test for steroids in organizations testing for performance enhancing compounds. This includes, but is not limited to, NCAA, WADA, and various government agencies. This does NOT include typical pre-employment drug screening

NOTICE:

This product is not intended to diagnose, treat, cure, or prevent any disease.

---

**Main**
Home | Information | Weekly Science | Forum | Contact Us

**Products**
Sustain-Alpha (topical) · Dermatherm-Target (topical) · Phyto Testosterone · Toco-8 · EndoAmp-Max · 1-Hormone Saliva Test · Topical Solution · Slumber Stack · Testosterone Recovery Stack · Basic-Hormone-Profile-Blood-Test · Full-Hormone-Profile-Blood-Test · 4-Hormone Saliva Test · Clia · Fat-Loss-Stack · Ibcaa · Creatine (Creapure ®) · Beta-Alanine · Organic Vitaberry ® · Blander Bottle · Green Tea · Anabolic Pharmacology · PP T-Shirt (Cotton) · Sustain Alpha Liqua Vade · Testosterone Recovery Stack Oral SA · Vitamin D 25-OH Test · Sweet Serum · Pre-Max · Ultimate Pre-Workout Stacker · GlycoCarn-GRLC · Liver Juice · Arginocarn · Maximum Absorbed Protein · Testosterone Conversion Factor-1 · AndroMass · AndroLean · AndroHard · 60 Minute Consultation · AndroHard + Consultation · AndroLean + Consultation · AndroMass + Consultation

These statements have not been evaluated by the Food & Drug Administration (FDA). This product is not intended to diagnose, treat, cure, or prevent any disease.

Copyright © 2006-2011 Primordial Performance, LLC. All Rights Reserved

http://www.primordialperformance.com/store/andromass.html                                    2/23/2011

---

107839

## Appendix 2: CFSAN Dietary Ingredient Determination



DEPARTMENT OF HEALTH AND HUMAN SERVICES

**Public Health Service**
Food and Drug Administration
5100 Paint Branch Parkway
College Park, Maryland 20740

**Memorandum**

Date:      May 16, 2017

From:     Shani Smith, M.S., RAC
           Evaluation and Research Staff
           Office of Dietary Supplement Programs (ODSP)

Subject:    Evaluation of ingredients
           o  4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol
              Tradename: Turinabol-LV
              Manufacturer: Primordial Performance
           o  3a-enanthoxy-5a-androstan-17-one
              Tradename: ANDROHard
              Manufacturer: Primordial Performance

Through:   Ali Abdel-Rahman, Ph.D.
           Senior Toxicologist/Supervisory Team Leader
           Evaluation and Research Staff, ODSP

To:        Robert J. Durkin, Esq., M.S., R.Ph.
           Deputy Director
           Office of Dietary Supplement Programs

### ODSP TECHNICAL REVIEW

This memorandum is provided as a scientific, technical and policy review to establish the dietary ingredient status of the above listed ingredients according to section 201(ff) of Federal Food, Drug, and Cosmetic Act (FD&C Act).

**Summary of findings**

The following ingredients do not fit the definition of a dietary ingredient according to section 201(ff)(1) of the FD&C Act:

- 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol
- 3a-enanthoxy-5a-androstan-17-one

**Background**

For further information about our conclusions and the resources we rely upon in evaluating the status of ingredients, see the memorandum titled "Research Used to Support Conclusions Regarding the History

Chemistry Review of product ingredients                               Page 2

of an Ingredient's Use in the Food Supply and/or as a Dietary Ingredient, for the Purpose of Making
Regulatory Determinations Under Section 201(ff)(1) and (ff)(3)(B) and Section 413(a)(1) and (d) of the
FD&C Act" (Background Support Memo).

**Resources used**

1. Chemical Identity

   To conduct initial searches regarding the chemical identity of the ingredients at issue, we compiled a
   list of ingredient names and known synonyms. Our initial search terms for each ingredient are the
   ingredients exactly as they are listed on the product label:

   - 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol
   - 3a-enanthoxy-5a-androstan-17-one

   Using these preliminary search terms, we searched the sources identified in the Background
   Research Memo and identified the following information:

**Table 1: Chemical and structural information of the ingredients**

| Ingredient & Structure | Synonyms | Other notes |
|---|---|---|
| 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol<br>CAS: 1338221-84-3<br>Molecular Weight: 336.9001 g<br>Molecular Formula: $C_{20}H_{29}ClO_2$<br> | • Androsta-1,4-diene-3,17-diol, 4-chloro-17-methyl-, (3beta,17beta)-<br>• Halodrol<br>• Halo<br>• H-DROL | A anabolic steroid introduced as a nutritional supplement in 2005 on the internet.[1] |

Chemistry Review of product ingredients                                           Page 3

| Ingredient & Structure | Synonyms | Other notes |
|---|---|---|
| 3a-enanthoxy-5a-androstan-17-one | • Reduced R-DHEA<br>• Super R-DHEA | There was no scientific literature found for this ingredient. |

2. Patent information

   The USPTO was searched May 2017, using the ingredient names and synonyms identified in Table 1, to identify any published information about the ingredients. The searches resulted in zero hits, providing no information indicating the ingredients are dietary ingredients.

3. Search of available scientific literature

   The scientific literature databases described in the Background Support Memo were searched in May 2017, using the ingredient names and synonyms identified in Table 1, to identify any published information about the ingredients that could be used to determine if the ingredients are dietary ingredients. The searches resulted in some hits for the ingredients (and synonyms), as indicated in Table 2. A review of these search results demonstrated the articles focused on the ingredients being found in products marketed as dietary supplements and identified as anabolic steroids and designer steroids.

   The 14 hits found for Super R-DHEA (synonym for 3a-enanthoxy-5a-androstan-17-one) in Google Scholar only produced 1 relevant hit which cited a USPTO patent entitled "Method for DHEA Enanthate Processing.[2] A search of this patent in the USPTO patent database did not produce any results; therefore, ODSP cannot adequately evaluate the dietary status of this ingredient.

   The scientific literature searches resulted in no indication the ingredients are dietary ingredients.

4. Search of dietary ingredient databases:

   The dietary ingredient databases described in the Background Support Memo were searched in May 2017, using the ingredient names and synonyms identified in Table 1, to identify any information about the structure, manufacturing, or sourcing of the ingredients. The searches resulted in zero hits, providing no indication the ingredients have been identified as dietary ingredients.

5. Search of food databases:

Chemistry Review of product ingredients                                    Page 4

The food databases described in the Background Support Memo were searched in May 2017, using the ingredient names and synonyms identified in Table 1, to identify any conventional food usage of the ingredients. The searches resulted in 3 hits each for Halodrol and Halo (synonyms for 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol) found in the LabelInsight database. The 3 hits for Halodrol and Halo were for the same dietary supplements. An internet search demonstrated the dietary supplements found in the LabelInsight database are still on the market.

The search of the food databases provided information that some of the ingredients cited in the paragraph above have been placed in dietary supplements; however, there is no indication the ingredients have been used in the conventional food supply.

6.  Search of drug databases:

The drug and clinical trial databases described in the Background Support Memo were searched in May 2017, using the ingredient names and synonyms identified in Table 1, to indicate if the ingredients are excluded from the definition of a dietary supplement. The searches resulted in zero hits so these ingredients are likely not affected by the exclusion described in section 201(ff)(3)(B) of the FD&C Act.

**Results**

Table 2: Search results

| Search Terms | Database/Date Searched | Search result numbers |
|---|---|---|
| 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol | Pubmed/May 5, 2017 | 2 |
| | Google Scholar/May 5, 2017 | 1 |
| Androsta-1,4-diene-3,17-diol, 4-chloro-17-methyl-, (3beta,17beta)- | Pubmed/May5, 2017 | 1 |
| Halodrol | Google Scholar/May 5, 2017 | 31 |
| | LABELINSIGHT/May 5, 2017 | 3 |
| Halo | LABELINSIGHT/May 5, 2017 | 3 |
| Super R-DHEA | May 4, 2017/Google Scholar | 14 hits (1 relevant search result) |

While the ingredients and synonyms were searched in each indicated database, according to the Background Support Memo, Table 2 only provides the search terms that matched results in the indicated databases according to searches on the indicated dates. Using the information gleaned from these

107843

Chemistry Review of product ingredients                                    Page 5

searches, and in some cases the lack of information, combined with the reviewer's chemistry
knowledge, ODSP concludes there is no indication the ingredients are vitamins; minerals; herbs or other
botanicals; amino acids; dietary substances for use by man to supplement the diet by increasing the total
dietary intake; or naturally occurring concentrates, metabolites, constituents, extracts, or combinations
of any dietary ingredients.

**Conclusion**

The following ingredients do not fit the definition of a dietary ingredient according to section 201(ff)(1)
of the FD&C Act:

- 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol
- 3a-enanthoxy-5a-androstan-17-one

**References**

1.      Van Eenoo, P.; Delbeke, F. T., Metabolism and excretion of anabolic steroids in doping
control—New steroids and new insights. *The Journal of Steroid Biochemistry and Molecular Biology*
**2006,** *101* (4–5), 161-178.
2.      DiMaggio, R., Method For DHEA Enanthate Processing. Google Patents: 2015.

107844

**Appendix 3: Search of FDA Records**
Product: AndroHard
Active Ingredient(s): Super-R-DHEA (3a-enanthoxy-5a-androstan-17-one)
Firm(s): Primordial Performance
Date of Search: April 19, 2017

1. **Database: FDA Orange Book**
   (**http://www.accessdata.fda.gov/scripts/cder/ob/default.cfm**)

   **Active Ingredient Search**
   Search term: Super-R-DHEA
   Results: No records were found.

   Search term: 3a-enanthoxy-5a-androstan-17-one
   Results: No records were found.

   **Proprietary Name Searches**
   Search terms: AndroHard
   Results: No records were found.

   Search terms: Andro Hard
   Results: No records were found.

   **Applicant Holder Search**
   Search term: Primordial Performance
   Results: No records were found.

2. **Database: Drugs@FDA**
   (**http://www.accessdata.fda.gov/scripts/cder/daf**)

   **Active Ingredient Searches**
   Search term: Super-R-DHEA
   Results: No records were found.

   Search term: 3a-enanthoxy-5a-androstan-17-one
   Results: No records were found.

   **Proprietary Name Searches**
   Search term: AndroHard
   Results: No Records were found.

   Search term: Andro Hard
   Results: No Records were found.

AndroHard                                                    Memorandum
New Drug/Prescription Drug Determination                     Page **33** of **34**

107845

3. **Database: DARRTS (an internal FDA database):**

    a.  Application type: NDA, ANDA, BLA, and IND
        Center: CDER
        Product name: Super-R-DHEA
        Results: No records were found.

    b.  Application type: NDA, ANDA, BLA, and IND
        Center: CDER
        Product name: 3a-enanthoxy-5a-androstan-17-one
        Results: No records were found.

    c.  Application type: NDA, ANDA, BLA, and IND
        Center: CDER
        Product name: AndroHard
        Results: No records were found.

    d.  Application type: NDA, ANDA, BLA, and IND
        Center: CDER
        Product name: Andro Hard
        Results: No records were found.

    e.  Application type: NDA, ANDA, BLA, and IND
        Center: CDER
        Submitter: Primordial Performance
        Results: No records were found.

107846