# Exhibit B

*United States v. Eric Potratz.*
CR 15-00236 LHK



Food and Drug Administration
Center for Drug Evaluation and Research
Office of Compliance
Office of Unapproved Drugs and Labeling Compliance

## Memorandum

**Date:**    June 13, 2017

**From:**    Arthur Simone, MD, PhD
Senior Medical Advisor

Arthur F. Simone -S

Digitally signed by Arthur F. Simone -S
DN: c=US, o=U.S. Government, ou=HHS, ou=FDA, ou=People,
0.9.2342.19200300.100.1.1=1300178901, cn=Arthur F. Simone -S
Date: 2017.06.13 19:06:55 -04'00'

**Subject:**    New Drug and Prescription Drug Determinations
Turinabol LV

## Product Information

Name: Turinabol LV
Alternative Names: Turinabol Liqua Vade, Turinabol
Active Ingredient(s) per label: Turinabol (4-chloro-17a-methyl-androst-1,4-diene-3b,17b-diol)
Firm(s): Primordial Performance
NDC: none identified on product labeling

## Executive Summary

The Office of Unapproved Drugs and Labeling Compliance was asked to review labeling and other information for Turinabol LV, associated with Primordial Performance, to determine if the product is considered to be a drug, a prescription drug, a new drug, and/or an unapproved new drug.

Turinabol LV, associated with Primordial Performance, is intended for increasing lean body mass [muscle], reducing body fat and preserving libido in body builders using a variety of "prohormones" and steroids. Use of a product for increasing lean body mass, reducing body fat, or preserving libido affects structure or function of the body of man. Therefore, I conclude that the use of Turinabol in this manner makes it a drug, as defined by the Federal Food, Drug, and Cosmetic Act (FDCA).

107847

Due to the collateral measures necessary to its use and its toxicity and other potentiality for harmful effect, Turinabol LV is not safe for use except under the supervision of a practitioner licensed by law to administer such drug.  Therefore, I conclude that Turinabol LV is a prescription drug product.

A diligent search of the PubMed database, through the FDA Biosciences Library, was conducted in order to determine if Turinabol LV, associated with Primordial Performance, is a new drug. Search results were evaluated to identify citations that appeared to describe adequate and well-controlled clinical studies of the drug product.  The search identified no adequate and well-controlled clinical studies of Turinabol LV, associated with Primordial Performance, for its labeled uses.  Therefore, I conclude that Turinabol LV, associated with Primordial Performance, is not generally recognized as safe and effective (GRASE) for its labeled uses, and therefore, it is a new drug as defined by the FDCA.

A diligent search of official FDA records was conducted to determine whether Primordial Performance has sought approval for Turinabol LV and to determine if the product has been approved in the United States.  The search did not identify a New Drug Application (NDA), an Abbreviated New Drug Application (ANDA), or a Biologics License Application (BLA) for Turinabol LV.  As Primordial Performance has not sought approval for Turinabol LV, and the product has not been approved in the United States, I conclude that the product is an unapproved new drug.

In summary, I conclude that Turinabol LV, associated with Primordial Performance, is a drug, a prescription drug, a new drug, and an unapproved new drug.[1]

## Background

The Office of Unapproved Drugs and Labeling Compliance has been asked to review labeling and information for Turinabol LV, associated with Primordial Performance, to determine if the product is considered to be a drug, a prescription drug, a new drug, or an unapproved new drug.

The product's labeling is included in Appendix 1.  It should be noted that the active ingredient in Turinabol LV is listed as "Turinabol (4-Chloro-17a-methyl-androst-1,4-diene-3b,17b-diol); however, according to PubChem, 4-Chloro-17a-methyl-androst-1,4-diene-3b,17b-diol is a product called Halodrol.  Halodrol is an anabolic androgenic steroid, reported by Primordial Performance to convert to Turinabol following oral administration.

---

[1] Dr. Arthur F. Simone is the Senior Medical Advisor in the Office of Unapproved Drugs and Labeling Compliance in the Office of Compliance, Center for Drug Evaluation and Research (CDER), FDA.  He received his medical degree (M.D.) from the Robert Wood Johnson Medical School in 1988.  He is licensed to practice medicine in Pennsylvania and New Jersey.  He is board certified in anesthesiology.  He has been employed by the Food and Drug Administration since 2002 and has served as both a primary reviewer and team leader in the Office of New Drugs in CDER.  By virtue of his training and professional experience he is familiar with the standards for evaluating whether a product is drug, a new drug, and a prescription drug as set forth in the Federal Food, Drug and Cosmetic Act, 21 U.S.C. §§ 321(g)(1), 321(p), and 353(b), respectively.

107848

The Office of Dietary Supplement Programs in the Center for Food Safety and Applied Nutrition (CFSAN) has evaluated the product and determined that 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol does not fit the definition of a dietary ingredient according to section 201(ff)(1) of the FDCA (21 U.S.C. § 321(ff)).  (See Appendix 2.)

Due to the potential for confusion over the actual ingredient in the product, the following analyses are performed using the intended uses of Turinabol LV, regardless of its active ingredient, for the drug determination and using the IUPAC chemical name (4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol) as well as turbinol and halodrol as the active ingredient in the searches of the literature and FDA-approved product databases for the prescription drug, new drug, and approved drug determinations.

## Drug Determination

According to the FDCA, the term "drug" means
  (A)   articles recognized in the official United States Pharmacopoeia, official Homoeopathic Pharmacopoeia of the United States, or official National Formulary, or any supplement to any of them; and
  (B)   articles intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease in man or other animals; and
  (C)   articles (other than food) intended to affect the structure or any function of the body of man or other animals; and
  (D)   articles intended for use as a component of any article specified in clause (A), (B), or (C).[2]

Turinabol LV is intended for increasing lean body mass [muscle], reducing body fat and preserving libido in body builders using products to enhance their muscle mass or lose fat, e.g., "prohormones" and steroids.  Use of a product for increasing lean body mass, reducing body fat, or and preserving libido affects structure or function of the body of man.  Therefore, I conclude that the use of Turinabol LV in this manner makes it a drug, as defined by the FDCA.

## Prescription Drug Determination

A prescription drug is a drug intended for use by man which, because of its toxicity or other potentiality for harmful effect, or the method of its use, or the collateral measures necessary to its use, is not safe for use except under the supervision of a practitioner licensed by law to administer such drug; or a drug limited by an approved application under Section 505 of the Act (21 U.S.C. § 355) for use under the professional supervision of a practitioner licensed by law to administer such drug.[3]

---

[2] See 21 U.S.C. § 321(g)(1)
[3] See 21 U.S.C. § 353(b)(1)

107849

In general, anabolic androgenic steroids (AASs) abuse is commonly associated with bodybuilders, weightlifters, and other athletes. The use of AASs has been associated with a number of toxicities and death in humans. The true incidence of AAS-related toxicities is not known, in part due to the lack of clinical trials assessing their safety, self-reported cases of toxicity often lack exact dosing, and the AASs are often used in combination with other products (including other AASs) making it difficult to determine the extent to which a particular AAS contributed to the toxicity. Furthermore, AAS toxicity is dependent on gender, dose, duration of treatment, genetic factors, and whether they are taken during exercise training or under sedentary conditions. Both the acute and the chronic use of AASs can lead to toxicity, but generally the serious and even fatal effects depend on the time and the duration of AAS administration.[4]

Reviews of the literature related to AAS safety have been conducted. AASs have been found to be associated with direct effects such as cardiac muscle hypertrophy and myocardial fibrosis and indirect effects, including dyslipidemia, hypertension, arrhythmia, and myocardial infarction. It is likely that chronic exposure to these agents can result in significant alterations in the cardiovascular system.[5]

Adverse event reports received by FDA for body building products that are labeled to contain steroids or steroid alternatives involve men (ages 22-55) and include cases of serious liver injury, stroke, kidney failure and pulmonary embolism (blockage of an artery in the lung). Acute liver injury is known to be a possible harmful effect of using anabolic steroid-containing products. In addition, anabolic steroids may cause other serious long-term adverse health consequences in men, women, and children. These include shrinkage of the testes and male infertility, masculinization of women, breast enlargement in males, short stature in children, adverse effects on blood lipid levels, and increased risk of heart attack and stroke.[6]

Turinabol LV is an AAS, whether the active ingredient is turinabol or halodrol, and in the absence of any clinical evidence to the contrary, it would be expected to carry the same risks as other AASs described above. Based on the literature search that follows, there is no evidence to suggest that Turinabol is either safer or more dangerous than any other AAS. Indeed there is no information in the literature regarding either the safety or the efficacy of this product.

Given the risks associated with AASs, the only way in which Turinabol LV could be safely used on any individual would be under the professional supervision of a practitioner licensed by law to administer such drug who could evaluate the individual and perform the necessary clinical assessments to determine whether Turinabol LV would be an appropriate treatment for the underlying medical condition as well as to follow the individual during the course of treatment to

---

[4] Side effects of AAS abuse: an overview. Turillazzi E, Perilli G, Di Paolo M, Neri M, Riezzo I, Fineschi V. Mini Rev Med Chem. 2011 May; 11(5):374-89.

[5] Androgen abuse and increased cardiac risk. Higgins JP, Heshmat A, Higgins CL. South Med J. 2012 Dec; 105(12):670-4.

[6] Warning on Body Building Products Marketed as Containing Steroids or Steroid-Like Substances. From FDA's Consumer Updates [https://www.fda.gov/ForConsumers/ConsumerUpdates/ucm173739.htm] posted July 28, 2009 and accessed on June 8, 2017.

make the appropriate assessments to determine whether a dose adjustment is required or whether the product needs to be discontinued due to adverse reaction(s).

Based on these collateral measures necessary the use of Turinabol LV, i.e., medical expertise and clinical assessments, as well as its toxicity and potential for harmful effects, I conclude that Turinabol LV is a prescription drug.

## New Drug Determination

A drug is a "new drug" unless it is "generally recognized, among experts qualified by scientific training and experience to evaluate the safety and effectiveness of drugs, as safe and effective for use under the conditions prescribed, recommended, or suggested in the labeling." [7]  At a minimum, the contention that a drug product is GRASE must be supported by the same quantity and quality of scientific evidence that is required to obtain approval of a New Drug Application for the product. [8]

In order to be generally recognized as safe and effective (GRASE) under particular conditions of use, a drug must satisfy three criteria: [9]
1. The particular drug product must have been subjected to adequate and well-controlled clinical investigations that establish the product as safe and effective under the proposed conditions of use.
2. Those investigations must have been published in the scientific literature available to qualified experts.
3. Qualified experts must generally agree, based on those published studies, that the product is safe and effective under its proposed conditions of use.

FDA criteria for an "adequate and well-controlled" study include, among other things, the following: [10]
1. A clear statement of the objectives of the investigation and a summary of the proposed or actual methods of analysis in the protocol for the study and in the report of its results. The protocol should contain a description of the proposed methods of analysis, and the study report should contain a description of the methods of analysis ultimately used. If the protocol does not contain a description of the proposed methods of analysis, the study report should describe how the methods used were selected.
2. The study must use a design that permits a valid comparison with a control to provide a quantitative assessment of drug effect.  The protocol for the study and report of results should describe the study design precisely; for example, duration of treatment periods, whether treatments are parallel, sequential, or crossover, and whether the sample size is

---

[7] See 21 U.S.C. § 321(p)(1)
[8] See 21 CFR § 314.200(e)(1)
[9] See 21 U.S.C. § 321(p)(1).
[10] See 21 CFR § 314.126(b)

107851

predetermined or based upon some interim analysis. Adequate and well-controlled clinical studies may be confirmatory or exploratory.

3. The method of selection of subjects provides adequate assurance that they have the disease or condition being studied, or evidence of susceptibility and exposure to the condition against which prophylaxis is directed.

4. The method of assigning patients to treatment and control groups minimizes bias and is intended to assure comparability of the groups with respect to pertinent variables such as age, sex, severity of disease, duration of disease, and use of drugs or therapy other than the test drug. The protocol for the study and the report of its results should describe how subjects were assigned to groups. Ordinarily, in a concurrently controlled study, assignment is by randomization, with or without stratification.

5. Adequate measures are taken to minimize bias on the part of the subjects, observers, and analysts of the data. The protocol and report of the study should describe the procedures used to accomplish this, such as blinding.

6. The methods of assessment of subjects' response are well-defined and reliable. The protocol for the study and the report of results should explain the variables measured, the methods of observation, and criteria used to assess response.

7. There is an analysis of the results of the study adequate to assess the effects of the drug. The report of the study should describe the results and the analytic methods used to evaluate them, including any appropriate statistical methods. The analysis should assess, among other things, the comparability of test and control groups with respect to pertinent variables, and the effects of any interim data analyses performed.

Reports of adequate and well-controlled investigations provide the primary basis for determining whether there is "substantial evidence" to support the claims of effectiveness for new drugs. Therefore, the study report should provide sufficient details of study design, conduct, and analysis to allow critical evaluation and a determination of whether the characteristics of an adequate and well-controlled study are present.[11]

For a study to be considered adequate for approval of a new drug, it is also required that the test drug be standardized as to identity, strength, quality, purity, and dosage form to give significance to the results of the investigation.[12]

Confirmatory studies, as a rule, are necessary to provide firm evidence of efficacy or safety. A confirmatory study is an adequately controlled trial in which the hypotheses are stated in advance and evaluated. In such studies the key hypothesis of interest follows directly from the trial's primary objective, is always predefined, and is the hypothesis that is subsequently tested when the study is complete. In a confirmatory study, it is equally important to estimate with due precision the size of the effects attributable to the treatment of interest and to relate these effects to their clinical significance.[13]

---

[11] See 21 CFR § 314.126 (a)
[12] See 21 CFR § 314.126 (d)
[13] Guidance for Industry: E9 Statistical Principles for Clinical Trials; September, 1998, pp. 4-5.

107852

Uncontrolled studies or partially controlled studies are not acceptable as the sole basis for the approval of claims of effectiveness. Such studies carefully conducted and documented, may provide corroborative support of well-controlled studies regarding efficacy and may yield valuable data regarding safety of the test drug. Such studies will be considered on their merits in the light of the principles listed here, with the exception of the requirement for the comparison of the treated subjects with controls. Isolated case reports, random experience, and reports lacking the details which permit scientific evaluation will not be considered.[14]

To identify adequate and well-controlled clinical studies of safety and efficacy for Turinabol LV, I conducted searches of the PubMed database on June 9, 2017, to identify citations that referred to Turinabol LV associated with Primordial Performance. The PubMed database was used to ensure a comprehensive search of the available literature. PubMed is produced by the U.S. National Library of Medicine and contains references to journal articles in the life sciences with a concentration on biomedicine. Subject areas also covered by PubMed include, but are not limited to, biomedical research, clinical sciences, pharmacy, pharmacology and pharmaceuticals, and toxicology. Results were evaluated to identify any articles that appeared to describe adequate and well-controlled clinical studies of Turinabol LV.

The chart below summarizes the terms used to search the literature and number of citations retrieved by each search.

| Search No. | Search terms | Search limits | Search results* |
|---|---|---|---|
| 1 | "Turinabol LV" AND "Primordial Performance" | None | 0 citations |
| 2 | "turinabol" AND "Primordial Performance" | None | 0 citations |
| 3 | "4-chloro-17a-methyl-androst-1,4-diene-3b,17b-diol" AND "Primordial Performance" | None | 0 citations |
| 4 | "halodrol" AND "Primordial Performance" | None | 0 citations |
| 5 | "turinabol" | Clinical Trial | 0 citations |
| 6 | "4-chloro-17a-methyl-androst-1,4-diene-3b,17b-diol" | None | 0 citations |
| 7 | "halodrol" | None | 0 citations |
| 8 | "Primordial Performance" | None | 0 citations |

* For quoted phrases only.

In summary, these searches identified no adequate and well-controlled clinical studies of Turinabol LV, associated with Primordial Performance. Therefore, I conclude that Turinabol, associated with Primordial Performance, is not GRASE for its labeled uses, and therefore, it is a new drug as defined by the FDCA.

---

[14] See 21 CFR § 314.126 (e)

107853

**Unapproved Drug Determination**

When an applicant submits to FDA an IND, NDA, ANDA, or BLA for any intended use of a new drug, the existence of that submission is reflected in various records that FDA regularly makes and preserves in the normal course of its regulatory affairs.  On June 9, 2017, I conducted diligent searches of the FDA's Approved Drug Products with Therapeutic Equivalence Evaluations (Orange Book), Drugs@FDA, and the Document Archiving, Reporting, and Regulatory Tracking System (DARRTS) databases to determine whether Primordial Performance has sought approval for Turinabol LV and to determine if the product has been approved in the United States.  A record of the searches is appended to this document (see Appendix 3).

The searches identified no IND, NDA, ANDA, or BLA for Turinabol LV or submitted by Primordial Performance.  Thus, Primordial Performance has not sought approval for Turinabol LV, or any other drug product, and Turinabol LV has not been approved in the United States. Since there are no approved applications for Turinabol LV, associated with Primordial Performance, I conclude that the product is an unapproved new drug.

## Appendix 1: Product Labeling

Primordial Performance Steroid Profiles: Halodrol



107855



The Official AndroHard Thread – Effects of Androsterone - Primordial Performance Discussion Forums

Join Date: Sep 2009
Posts: 1,931

INTELLECT
33202

HUMOR
16765

COMMUNITY
23449

Turinabol is great for lean mass gains and some BF reduction/recomp. AndroHard should have _some_ effects similar to Turinabol, but they are still two very different compounds, and each one has effects unique to themselves.

I really want to see someone run Turinabol LV + AndroHard LV. That would be an F'ing awesome cut/recomp/lean bulk cycle. Hmm, when my liver is back to baseline from my last cycle, I might have to try this one. I have some gut flab that has to go, and this is probably one of the best stacks I can think of to help attack that problem.

▶ Quote & Reply

04-14-2010                                                                                          # 16

**stickman3**
Super Moderator

Join Date: Sep 2009
Posts: 1,931

INTELLECT
33202

HUMOR
16765

COMMUNITY
23449

Quote:

Originally Posted by **greaser56** ▶
*I'm in the same boat. I have fought a mostly successful war to save my hair over the past 18 years, and I definitely get spooked when I hear "DHT."*

*The reps probably should have waited for the write up to be finalized and published before starting this thread, since there seem to be far more questions than answers at this point. They've definitely created some serious buzz though!*

If you really can't wait for the write-up, to get an **idea** of what you can expect (sans the LV red carpet treatment/potency improvement), then just google for some logs of Stanodrol. In reference to an earlier question, just reading through a Stanodrol log should tell you how vastly different this compound is from 1-T. And then take those log results and apply the LV increased potency equation and you will get an even better idea of what to expect from this compound. I don't have that equation handy, lol, but we all know the LV kicks @$$ compared to tabs/caps in terms of effect.

Disclaimer: This is not an official write-up, but the active in AndroHard LV has been used in a few compounds (LG MMV2, CEL Stano-Drol, etc), so searching for an old log or two may answer some of your questions while the write-up is being finished. (Eric is probably pulling all-nighters and chugging bottles of TCF-1 to keep going during this crazy week, so please be patient☺)

▶ Quote & Reply

04-14-2010                                                                                          # 17

**GotEmAll**
Senior Member

Join Date: Sep 2008
Posts: 156

INTELLECT
1143

HUMOR
1

COMMUNITY
1871

Any Information on the Effects that AndroHard has on your hairline? How bad would it be?

▶ Quote & Reply

04-14-2010                                                                                          # 18

Turinabol                                                                                          Memorandum
New Drug/Prescription Drug Determination                                                           Page **10** of **30**

107856



Primordial Performance Discussion Forums - View Profile: softballer13

http://www.primordialperformance.com/discussion/members/softballer13.html[2/4/2011 3:45:22 PM]

Turinabol
New Drug/Prescription Drug Determination

Memorandum
Page **11** of **30**

107857


The Official 1-T Stacking & Cycling Thread - Page 17 - Primordial Performance Discussion Forums



but i was coming off some aas and my PCT was less than spectacular...what are the major differences in the 1T-Tren and 1Tren?

ant

You could add AndroHard to your Tren LV cycle and you will be helped out in the libido area big time. Differences in 1T-Tren and 1Tren- delivery systems. LV is much more effective and gets in bloodstream quicker. You may also want to consider the Turinabol LV- much more prosexual than Tren, and would stack great with AH too.

bushdragon

▶ Quote & Reply

---

🗎 05-13-2010                                                    # 329

**TheKid**
Senior Member

Join Date: Mar 2010
Location: Boston
Posts: 136

INTELLECT 1877
HUMOR 217
COMMUNITY 796

Quote:

Originally Posted by **antknee**
the libido thing is the only thing stopping me from pulling the trigger on Tren..is there any way to combat that~ SA? anything else, legal, that would work..ive told my girlfriend that i may be running this and she is all for it..i ran 1T-Tren last summer and had some shut down but i was coming off some aas and my PCT was less than spectacular...what are the major differences in the 1T-Tren and 1Tren?

Are you going to take the Tren LV from primordial? I would advise you take the Primordial Performance Tren LV. A way to combat the shutdown is by using AndroHard, it will keep your libido high, raise DHT, and prevent shutdown.

The main differences between 1-T tren and Tren LV is first that 1-T tren is a topical cream and that Tren LV is liquid. Tren LV is also 4x more powerful than 1-T tren. 1-T tren contain DHEA in it and Tren LV is a one compound supplement meaning that its just Tren and it doesn't contain DHEA.

If you use Tren LV from PP then the TRS stack for PCT with the addition of TCF-1 should be fine. If you run the full dose of tren then don't stay on for more than 4 weeks. Other than that never go on with a tren cycle longer than 8 weeks. If you feel lethargy and lack on energy on PCT, throw some phyto-testosterone in which will boost natty test.

Feel free to ask questions.

scooch

▶ Quote & Reply

---

🗎 05-13-2010                                                    # 330

**antknee**
Senior Member

Join Date: May 2009
Posts: 200

INTELLECT 1178
HUMOR 1
COMMUNITY 679

thanks for the input guys...and yes, i was going to take the tren from PP..I have some more thinking and research to do..mainly to see if i want to risk/ deal with shut down..and by that all i mean is my boys shrink up a little bit- other than that im GTG.

one thing- if the LV is 4x more effective would it also be 4x more suppressive?

thanks again

T.

▶ Quote & Reply

---

Turinabol                                                        Memorandum
New Drug/Prescription Drug Determination                         Page **12** of **30**

107858

CIE Lac # 152909

Item 2

M2M 11-5-10



Item 2

Turinabol
New Drug/Prescription Drug Determination

107859

CIE Ser # 152909

MLM 11-5-10

Item 2



...ommended use: As a dietary supplement
...e one 1mL - 2mL dose, twice daily, 12 hou...
...ween each dose. Shake bottle well befo...
each dose. Take with or without meals

DO NOT exceed a total of 5mL in a 24 hou...
...riod. Do not use this product longer than 8
weeks without 6 weeks off between each cyc...
Not following these guidelines may result in ...
...amage.

**Mixed into a**
**beverage**

Using -
...rect to
the mouth

Or...

Consume within 6 hours if mixing with bevera...

WARNING: Product is not recommended for women, an...
...one under the age of 18, or anyone diagnosed with a...
serious health condition including but not limited to cance...
BPH, epilepsy, depression, diabetes, cardiovascular dise...
...r high blood pressure. Always consult your physician be...
...sing this product with any over-the-counter or prescript...
medication. Discontinue use if any of the following sympt...
...re noticed; yellowing of the eyes, excessively itchy skin...
excessively dark urine.

Store in a dry cool place away from light.

CJE Sur # 152909

Item 2

MZM 11-5-10



**Supplement Facts**

Serving Size 1oz (1mL oral syringe)
Servings per container 125

| Amount per serving | % Daily Value |
|---|---|
| Turinabol | 10mg |
| (4-chloro-17α-methyl-androst-1,4-diene-3b,17b-diol) | |
| Daily Value not established | |

Other ingredients: Liqua-Vada Technology [Distilled water, sorbitan monolaurate, exthoxylated sorbitan trioleate, ethoxylated mono and di-glycerides, medium chain triglycerides, sesame oil, grape spirits, dimethyl isosorbide, phospholipid complex (phosphatidylcholine, lysophosphatidylcholine), ethyl oleate, glyceryl triacetate, tocopheryl acetate, hydroxypropyl methylcellulose]. juice extract for purple carrot and hibiscus††, malt syrup, natural grape flavor, malic acid, sucralose, trisodium citrate, xanthan come, potassium sorbate, sodium benzoate, citric acid, and [060]†

107861

CIE Ser # 152909

M2M 11-5-10

Item 2



Turinabol
New Drug/Prescription Drug Determination

107862

CIF Ser # 152909

Item 2

M2M · N- S-10



Turinabol
New Drug/Prescription Drug Determination







amazon.com
Hello. Sign in to get personalized recommendations. New customer? Start here.
Send MP3 Valentines to friends—on us
See details
Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards
Your Account | Help
Shop All Departments | Search Health & Personal Care | GO | Cart | Wish List
Health & Personal Care | Browse Products | Bestsellers | Health Care | Personal Care | Shaving & Hair Removal | Nutrition & Fitness | Sexual Wellness | Subscribe & Save | Special Offers

See larger image
Share your own customer images

# TURINABOL LV 4.2oz by Primordial Performance

by Primordial Performance
Be the first to review this item
Like (1)

**Available from these sellers.**

1 new from $150.00

1 new from $150.00
See all buying options
Add to Wish List
Add to Shopping List
Share

## Product Features

- 30mg hdrol per 1ml dose
- 125 total mls

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

- **Primordial Performance®**
  bestpricenutritiononline.com - Full Line In Stock Now. From Only $2.99 Same Day Shipping.
- **peerVue - PACS Integrated**
  www.peervue.com - CTRM, ED Discrepancy, Peer Review Tech QI, Teaching Files & more...
- **Performance 4.3**
  ask.com - Search for **Performance** 4.3 Find **Performance** 4.3

See a problem with these advertisements? Let us know
Advertise on Amazon

## Customers Who Bought This Item Also Bought

Page 1 of 5

AndroHard 8.2oz by Primordial Performance by Primordial Performance (2) $48.95

Liver Juice 8oz Primordial Performance by Primordial Liver Juice $28.99

SUSTAIN ALPHA LV 250ml by Primordial Pe... by Primordial Performance $44.95

Dermacrine LV 250ml (liqua-vade) by pri... by Primordial Performance $43.95

Revolution PCT Complete Post Cycle Th... by Redefine Nutrition PC... (2) $27.33

## Product Description

Product Description

Supplement Facts Serving Size: 1cc (1mL oral syringe) Servings per container: 125 Amount Per Serving %DV* ------------------------------------------------------------------------ Turinabol 30mg** (4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol) ------------------------------------------------------------------------ *Daily Value **Daily Value not established

## Product Details

**Shipping Weight:** 8 ounces
**ASIN:** B003DRE954
**UPC:** 850899002261
**Average Customer Review:** Be the first to review this item
**Amazon Bestsellers Rank:** #34,380 in Health & Personal Care (See Top 100 in Health & Personal Care)

Would you like to **give feedback on images** or **tell us about a lower price**?

## Customers Who Viewed This Item Also Viewed

Page 1 of 7

AndroHard 8.2oz by Primordial Performance by Primordial Performance
(2)
$48.95

1-T liqua-vade 8.2oz by Primordial Perf... by primordial performance
$69.95

SUSTAIN ALPHA LV 250ml by Primordial Pe... by Primordial Performance
$44.95

Dermacrine LV 250ml (liqua-vade) by pri... by Primordial Performance
$43.95

Formestane LV 4.2oz by Primordial Perfo... by Primordial Performance
$28.95

## Suggested Tags from Similar Products (What's this?)

Be the first one to add a relevant tag (keyword that's strongly related to this product).

anavar (3) | primordial performance (2) | supplements (1)
hi-tech (3) | counterfeit (1)

**Your tags:** Add your first tag

**Search Products Tagged with**

GO

› See most popular Tags

## Customer Reviews

**There are no customer reviews yet.**

Create your own review

ADVERTISEMENT

**Video reviews**

Amazon now allows customers to upload product video reviews. Use a webcam or video camera to record and upload reviews to Amazon.

Ad feedback

## Customer Discussions

**This product's forum**

| Discussion | Replies | Latest Post |
|---|---|---|
| No discussions yet | | |

Ask questions, Share opinions, Gain insight
**Start a new discussion**

Topic:

**Related forums**

fitness (118 discussions)
health (1023 discussions)

**Active discussions in related forums**

| Discussion | Replies | Latest Post |
|---|---|---|
| health<br>Why is there so little organizational effort to PREVENT cancer and so much instead to CURE cancer? | 163 | 4 minutes ago |
| health<br>Innovative Medical Ideas | 5 | 34 minutes ago |
| health<br>Amazon sex toy policy | 38 | 51 minutes ago |
| fitness<br>REAL work from home opportunities | 8 | 53 minutes ago |

| | | | |
|---|---|---|---|
| | Where are all the anti-vaccine folks now? | 883 | 2 hours ago |
| health | Might obesity be caused by a lack of real food, so the body is crying out hunger? | 15 | 2 hours ago |
| fitness | osteoporosis and building core and abs | 3 | 3 hours ago |
| health | Can someone explain the US health care to me please | 72 | 4 hours ago |

**Search Customer Discussions**

GO

Only search this product's forum

## Listmania!

**Search Listmania!** GO

The Xbox 360 games you will be playing for months.: A list by Matt

Fantastic games everyone should own: A list by Visa

Games Finished in 2010: A list by Dan P. "Dan P."

Create a Listmania! list

## So You'd Like to...

**Search Guides** GO

Make the ULTIMATE VIDEO GAME COLLECTION -Part 2!!!!: A guide by BD "dux432"

Become A Xbox 360 Gamer: A guide by Mike G "Mike G"

Create a guide

## Look for Similar Items by Category

Health & Personal Care > Diet & Nutrition > Sports Supplements

Health & Personal Care > Diet & Nutrition > Vitamins & Supplements

ADVERTISEMENT

Ad feedback

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- Is there any other feedback you would like to provide? **Click here**

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Your Recent History (What's this?)

**You have no recently viewed items.**

After viewing product detail pages or search results,

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought

Page 1 of 2



**Recent Searches**
turinabol (All Departments)

> **View and edit your browsing history**

| Get to Know Us | Make Money with Us | Let Us Help You |
|---|---|---|
| Careers | Sell on Amazon | Shipping Rates & Policies |
| Investor Relations | Join Associates | Amazon Prime |
| Press Releases | Advertise Your Products | Returns Are Easy |
| Amazon and Our Planet | Self-publish with Us | Manage Your Kindle |
| | › See all | Help |

**amazon**.com®

Canada   China   France   Germany   Italy   Japan   United Kingdom

| AmazonWireless | Askville | Audible | DPReview | Endless | Fabric | IMDb | Shopbop | Small Parts | Warehouse Deals | Woot | Zappos |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cellphones & Wireless Plans | Community Answers | Download Audio Books | Digital Photography | Shoes & More | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Designer Fashion Brands | Industrial Supplies | Open-Box Discounts | Never Gonna Give You Up | Shoes & Clothing |

Conditions of Use   Privacy Notice   © 1996-2011, Amazon.com, Inc. or its affiliates

107867

PRIMORDIAL PERFORMANCE ™
Toll Free – 1-800-568-2924

VIEW CART
Register Recover password
Username
Cart is empty

SEARCH
Home | Products | Educational | Forum | About Us
Live Help Available! Chat Now >>

Testosterone Conversion Factor-1 is here!! Testosterone Conversion Factor-1 is here!! Testoster View Previous

Primordial Performance : Educational : Steroid Profiles : Halodrol

**Categories**

STEROID PROFILES
- Methyldrostanolone (Superdrol)
- Methylstenbolone
- Androstenetrione (6-OXO)
- 1,4,6 Androstatriene-dione (ATD)
- Formestane
- Exemestane (Aromasin)
- Methylepitiostanol (Epistane)
- Dienedione (Tren)
- Cynostane
- Stanozolol THP
- Furazabol THP
- norDHEA
- Methoxygonadiene
- Desoxymethyltestosterone (Pheraplex, DMT, Madol)
- Dimethazine
- Halodrol
- 1,4-AD (Boldione)
- Methyl 1,4-AD
- 1-Androsterone
- 4-DHEA
- Promestanolone

**Steroid Profiles**

## Halodrol

By Jason Rowland

**Chemical Name(s):** 4-chloro-17a-methyl-androst-1,4-diene-3b,17b-diol

**Chemical Formula:** $C_{20}H_{29}C_1O_2$

**Molecular Weight:** 337

**CAS:** NA

**Q Ratio:** 2.6

**Anabolic #:** 74

**Androgenic #:** 28

**Oral Bioavailability:** Estimated at 40%

**AR Binding Affinity:** NA

**SHBG Binding Affinity:** NA

**Half Life:** ~16 hours

**Legal Status (US):** Not listed as a controlled substance

**Average Dose:**
100-150mg/day standalone
50-100mg/day when stacking

**Average Cycle Length:** 4-6 weeks

Inhibitor Stimulator
-5 -4 -3 -2 -1 0 1 2 3 4 5

## Characteristics

Halodrol is a 17aa steroid that converts to the steroid oral Turinabol after interaction with 3b-HSD at an estimated rate of about 5%.

Because of this low conversion, doses must be higher than other 17aa pro-steroids. However, it is suspected that Halodrol has decent potency without conversion as good results are seen despite the relatively low conversion to Turinabol. Based on Vida's data Halodrol appears to be about as potent as testosterone, and significantly less androgenic.

Because of the 4-chloro group, halodrol has no progestational effects, it cannot interact with the aromatase enzyme, and it produces inactive 4-chloro-DHT metabolites. This makes androgenic side-effects such as hair loss, high blood pressure, acne and prostate enlargement less likely. Anecdotal reports would also have us believe that side-effects with this compound are fairly mild.

Although caution would still need to be had, the low androgenic value of this compound would also make it one of the more appropriate anabolic steroids for women wishing increase lean mass yet avoid a deeper voice, increased hair growth, acne and clitoral growth. (Oral Turinabol was actually the preferred steroid for Olympic female athletes in East Germany)

The lack of androgenic potency might be expected to create problems with gyno, however the low SHBG binding affinity has minimal interference with SHBG levels and/or freely circulating estrogen and testosterone. It does not appear that halodrol has a significant gyno risk.

Because halodrol must be used at such a high dose to see noticeable effects, liver toxicity may become an issue. Therefore it is recommended to use a liver protecting supplement before and during halodrol cycles.

Gains from Halodrol generally take a few weeks to notice, but users can expect solid increases in strength, lean muscle mass, improved vascularity and minimal water retention. This allows some of the gains to be kept after the cycle if good diet and training are continued. Quick dramatic gains in size and strength are not generally noticed with Halodrol.

It is used successfully as a standalone, but would be expected to stack well with most other steroids, except 17aa oral due to liver toxicity concerns.

**Common Clones:**

Halo-MASS by Anabolic Formulations



HD-1 by Performance Design
H-Drol by Competitive Edge Labs (CEL)

Halovar by Purus Labs
Hemadrol by Engineered Sports Technology (EST)

Halodrol-50 by Gaspari Nutrition
Oral Turinadrol by Juggernaut Nutrition
Super Halo by Black China Labs
H-Drol by Nutracoastal
Helladrol by Mrsupps

## Related Discussion

**The Official Halodrol Thread**
Posted by Eric

## References

*"Hepatotoxicity Associated With Dietary Supplements Containing Anabolic Steroids"*

*Michel I. Kafrouni, Robert A. Anders and Sumita Verma*
*Clinical Gastroenterology and Hepatology; Volume 5, Issue 7, July 2007, Pages 809-812*

**Primordial Newsletter**

- Updates on new products!
- Coupons and special discount offers!
- Up-to-date science and research!

**Get Registered Now!**

Enter Email Here GO

**Follow Us**

facebook

twitter

**Main**
Home | Articles | Weekly Science | Forum | About Us

**Products**
Testosterone Conversion Factor-1 | Phyto-Testosterone | Arginocam | IBCAA | Maximum Absorbed Protein | Sustain Alpha Liqua Vade | Endoamp Max | Glycocam-GPLC | CLA | Beta-Alanine | Creatine (Creapure ®) | Pre Max | Liver Juice | Green Tea | Slumber Stack | Toco-8 | Organic Vitaberry ® | Sweet Serum | Androhard | Sustain Alpha (topical) | Dermatherm Target (topical) | Topical Solution | Testosterone Recovery Stack (Oral SA) | Ultimate Pre-Workout Stacker | Fat Loss Stack | Testosterone Recovery Stack | 1-Hormone Saliva Test | 4-Hormone Saliva Test | Vitamin D 25-OH Test | Basic Hormone Profile Blood Test | Full Hormone Profile Blood Test | PP T-shirt (Cotton) | Blender Bottle | Anabolic Pharmacology | OHV | LIQUA-VADE

These statements have not been evaluated by the Food & Drug Administration (FDA). This product is not intended to diagnose, treat, cure, or prevent any disease.

Copyright © 2006-2011 Primordial Performance, LLC. All Rights Reserved

## Appendix 2:CFSAN Dietary Ingredient Determination



DEPARTMENT OF HEALTH AND HUMAN SERVICES

**Public Health Service**
Food and Drug Administration
5100 Paint Branch Parkway
College Park, Maryland  20740

**Memorandum**

Date:       May 16, 2017

From:       Shani Smith, M.S., RAC
            Evaluation and Research Staff
            Office of Dietary Supplement Programs (ODSP)

Subject:    Evaluation of ingredients
            o   4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol
                Tradename: Turinabol-LV
                Manufacturer: Primordial Performance
            o   3a-enanthoxy-5a-androstan-17-one
                Tradename: ANDROHard
                Manufacturer: Primordial Performance

Through:    Ali Abdel-Rahman, Ph.D.
            Senior Toxicologist/Supervisory Team Leader
            Evaluation and Research Staff, ODSP

To:         Robert J. Durkin, Esq., M.S., R.Ph.
            Deputy Director
            Office of Dietary Supplement Programs

### ODSP TECHNICAL REVIEW

This memorandum is provided as a scientific, technical and policy review to establish the dietary ingredient status of the above listed ingredients according to section 201(ff) of Federal Food, Drug, and Cosmetic Act (FD&C Act).

**Summary of findings**

The following ingredients do not fit the definition of a dietary ingredient according to section 201(ff)(1) of the FD&C Act:

- 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol
- 3a-enanthoxy-5a-androstan-17-one

**Background**

For further information about our conclusions and the resources we rely upon in evaluating the status of ingredients, see the memorandum titled "Research Used to Support Conclusions Regarding the History

107870

Chemistry Review of product ingredients                                    Page 2

of an Ingredient's Use in the Food Supply and/or as a Dietary Ingredient, for the Purpose of Making Regulatory Determinations Under Section 201(ff)(1) and (ff)(3)(B) and Section 413(a)(1) and (d) of the FD&C Act" (Background Support Memo).

**Resources used**

1. Chemical Identity

   To conduct initial searches regarding the chemical identity of the ingredients at issue, we compiled a list of ingredient names and known synonyms. Our initial search terms for each ingredient are the ingredients exactly as they are listed on the product label:

   - 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol
   - 3a-enanthoxy-5a-androstan-17-one

   Using these preliminary search terms, we searched the sources identified in the Background Research Memo and identified the following information:

Table 1: Chemical and structural information of the ingredients

| Ingredient & Structure | Synonyms | Other notes |
|---|---|---|
| 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol<br>CAS: 1338221-84-3<br>Molecular Weight: 336.9001 g<br>Molecular Formula: $C_{20}H_{29}ClO_2$<br><br> | • Androsta-1,4-diene-3,17-diol, 4-chloro-17-methyl-, (3beta,17beta)-<br>• Halodrol<br>• Halo<br>• H-DROL | A anabolic steroid introduced as a nutritional supplement in 2005 on the internet.[1] |

107871

Chemistry Review of product ingredients                                    Page 3

| Ingredient & Structure | Synonyms | Other notes |
|---|---|---|
| 3a-enanthoxy-5a-androstan-17-one | • Reduced R-DHEA<br>• Super R-DHEA | There was no scientific literature found for this ingredient. |

2. Patent information

The USPTO was searched May 2017, using the ingredient names and synonyms identified in Table 1, to identify any published information about the ingredients. The searches resulted in zero hits, providing no information indicating the ingredients are dietary ingredients.

3. Search of available scientific literature

The scientific literature databases described in the Background Support Memo were searched in May 2017, using the ingredient names and synonyms identified in Table 1, to identify any published information about the ingredients that could be used to determine if the ingredients are dietary ingredients. The searches resulted in some hits for the ingredients (and synonyms), as indicated in Table 2. A review of these search results demonstrated the articles focused on the ingredients being found in products marketed as dietary supplements and identified as anabolic steroids and designer steroids.

The 14 hits found for Super R-DHEA (synonym for 3a-enanthoxy-5a-androstan-17-one) in Google Scholar only produced 1 relevant hit which cited a USPTO patent entitled "Method for DHEA Enanthate Processing.[2] A search of this patent in the USPTO patent database did not produce any results; therefore, ODSP cannot adequately evaluate the dietary status of this ingredient.

The scientific literature searches resulted in no indication the ingredients are dietary ingredients.

4. Search of dietary ingredient databases:

The dietary ingredient databases described in the Background Support Memo were searched in May 2017, using the ingredient names and synonyms identified in Table 1, to identify any information about the structure, manufacturing, or sourcing of the ingredients. The searches resulted in zero hits, providing no indication the ingredients have been identified as dietary ingredients.

5. Search of food databases:

Chemistry Review of product ingredients                           Page 4

The food databases described in the Background Support Memo were searched in May 2017, using the ingredient names and synonyms identified in Table 1, to identify any conventional food usage of the ingredients. The searches resulted in 3 hits each for Halodrol and Halo (synonyms for 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol) found in the LabelInsight database. The 3 hits for Halodrol and Halo were for the same dietary supplements. An internet search demonstrated the dietary supplements found in the LabelInsight database are still on the market.

The search of the food databases provided information that some of the ingredients cited in the paragraph above have been placed in dietary supplements; however, there is no indication the ingredients have been used in the conventional food supply.

6. Search of drug databases:

The drug and clinical trial databases described in the Background Support Memo were searched in May 2017, using the ingredient names and synonyms identified in Table 1, to indicate if the ingredients are excluded from the definition of a dietary supplement. The searches resulted in zero hits so these ingredients are likely not affected by the exclusion described in section 201(ff)(3)(B) of the FD&C Act.

**Results**

Table 2: Search results

| Search Terms | Database/Date Searched | Search result numbers |
|---|---|---|
| 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol | Pubmed/May 5, 2017 | 2 |
| | Google Scholar/May 5, 2017 | 1 |
| Androsta-1,4-diene-3,17-diol, 4-chloro-17-methyl-, (3beta,17beta)- | Pubmed/May5, 2017 | 1 |
| Halodrol | Google Scholar/May 5, 2017 | 31 |
| | LABELINSIGHT/May 5, 2017 | 3 |
| Halo | LABELINSIGHT/May 5, 2017 | 3 |
| Super R-DHEA | May 4, 2017/Google Scholar | 14 hits (1 relevant search result) |

While the ingredients and synonyms were searched in each indicated database, according to the Background Support Memo, Table 2 only provides the search terms that matched results in the indicated databases according to searches on the indicated dates. Using the information gleaned from these

Chemistry Review of product ingredients                                    Page 5

searches, and in some cases the lack of information, combined with the reviewer's chemistry
knowledge, ODSP concludes there is no indication the ingredients are vitamins; minerals; herbs or other
botanicals; amino acids; dietary substances for use by man to supplement the diet by increasing the total
dietary intake; or naturally occurring concentrates, metabolites, constituents, extracts, or combinations
of any dietary ingredients.

**Conclusion**

The following ingredients do not fit the definition of a dietary ingredient according to section 201(ff)(1)
of the FD&C Act:

- 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol
- 3a-enanthoxy-5a-androstan-17-one

**References**

1.      Van Eenoo, P.; Delbeke, F. T., Metabolism and excretion of anabolic steroids in doping
control—New steroids and new insights. *The Journal of Steroid Biochemistry and Molecular Biology*
**2006,** *101* (4–5), 161-178.
2.      DiMaggio, R., Method For DHEA Enanthate Processing. Google Patents: 2015.

107874

**Appendix 3: Search of FDA Records**
Product: Turinabol LV
Active Ingredient(s): 4-chloro-17a-methyl-androst-1,4-diene-3b,17b-diol, turinabol, halodrol
Firm(s): Primordial Performance
Date of Search: June 9, 2017

1. **Database: FDA Orange Book
   (http://www.accessdata.fda.gov/scripts/cder/ob/default.cfm)**

   **Active Ingredient Search**
   Search term: turinabol
   Results: No records were found.

   Search term: 4-chloro-17a-methyl-androst-1,4-diene-3b,17b-diol
   Results: No records were found.

   Search term: halodrol
   Results: No records were found.

   **Proprietary Name Searches**
   Search terms: Turinabol LV
   Results: No records were found.

   **Applicant Holder Search**
   Search term: Primordial Performance
   Results: No records were found.

2. **Database: Drugs@FDA
   (http://www.accessdata.fda.gov/scripts/cder/daf)**

   **Active Ingredient Searches**
   Search term: turinabol
   Results: No records were found.

   Search term: 4-chloro-17a-methyl-androst-1,4-diene-3b,17b-diol
   Results: No records were found.

   Search term: halodrol
   Results: No records were found.

   **Proprietary Name Searches**
   Search term: Turinabol LV
   Results: No Records were found.

107875

3. **Database: DARRTS (an internal FDA database):**

   a.  Application type: NDA, ANDA, BLA, and IND
       Center: CDER
       Product name: turinabol
       Results: No records were found.

   b.  Application type: NDA, ANDA, BLA, and IND
       Center: CDER
       Product name: 4-chloro-17a-methyl-androst-1,4-diene-3b,17b-diol
       Results: No records were found.

   c.  Application type: NDA, ANDA, BLA, and IND
       Center: CDER
       Product name: halodrol
       Results: No records were found.

   d.  Application type: NDA, ANDA, BLA, and IND
       Center: CDER
       Product name: Turinabol LV
       Results: No records were found.

   e.  Application type: NDA, ANDA, BLA, and IND
       Center: CDER
       Submitter: Primordial Performance
       Results: No records were found.

Turinabol
New Drug/Prescription Drug Determination

Memorandum
Page **30** of **30**

107876