# Exhibit C

*United States v. Eric Potratz.*
CR 15-00236 LHK



DEPARTMENT OF HEALTH AND HUMAN SERVICES

**Public Health Service**
Food and Drug Administration
5100 Paint Branch Parkway
College Park, Maryland  20740

**Memorandum**

| | |
|---|---|
| Date: | May 16, 2017 |
| From: | Shani Smith, M.S., RAC<br>Evaluation and Research Staff<br>Office of Dietary Supplement Programs (ODSP) |
| Subject: | Evaluation of ingredients<br>o  4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol<br>　　Tradename: Turinabol-LV<br>　　Manufacturer: Primordial Performance<br>o  3a-enanthoxy-5a-androstan-17-one<br>　　Tradename: ANDROHard<br>　　Manufacturer: Primordial Performance |
| Through: | Ali Abdel-Rahman, Ph.D.<br>Senior Toxicologist/Supervisory Team Leader<br>Evaluation and Research Staff, ODSP |
| To: | Robert J. Durkin, Esq., M.S., R.Ph.<br>Deputy Director<br>Office of Dietary Supplement Programs |

## ODSP TECHNICAL REVIEW

This memorandum is provided as a scientific, technical and policy review to establish the dietary ingredient status of the above listed ingredients according to section 201(ff) of Federal Food, Drug, and Cosmetic Act (FD&C Act).

**Summary of findings**

The following ingredients do not fit the definition of a dietary ingredient according to section 201(ff)(1) of the FD&C Act:

- 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol
- 3a-enanthoxy-5a-androstan-17-one

**Background**

For further information about our conclusions and the resources we rely upon in evaluating the status of ingredients, see the memorandum titled "Research Used to Support Conclusions Regarding the History

of an Ingredient's Use in the Food Supply and/or as a Dietary Ingredient, for the Purpose of Making Regulatory Determinations Under Section 201(ff)(1) and (ff)(3)(B) and Section 413(a)(1) and (d) of the FD&C Act" (Background Support Memo).

**Resources used**

1. Chemical Identity

   To conduct initial searches regarding the chemical identity of the ingredients at issue, we compiled a list of ingredient names and known synonyms. Our initial search terms for each ingredient are the ingredients exactly as they are listed on the product label:

   - 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol
   - 3a-enanthoxy-5a-androstan-17-one

   Using these preliminary search terms, we searched the sources identified in the Background Research Memo and identified the following information:

**Table 1: Chemical and structural information of the ingredients**

| Ingredient & Structure | Synonyms | Other notes |
|---|---|---|
| 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol<br>CAS: 1338221-84-3<br>Molecular Weight: 336.9001 g<br>Molecular Formula: $C_{20}H_{29}ClO_2$<br><br>[structure diagram] | • Androsta-1,4-diene-3,17-diol, 4-chloro-17-methyl-, (3beta,17beta)-<br>• Halodrol<br>• Halo<br>• H-DROL | A anabolic steroid introduced as a nutritional supplement in 2005 on the internet.[1] |

Chemistry Review of product ingredients                                    Page 3

| Ingredient & Structure | Synonyms | Other notes |
|---|---|---|
| 3a-enanthoxy-5a-androstan-17-one | • Reduced R-DHEA<br>• Super R-DHEA | There was no scientific literature found for this ingredient. |

2. Patent information

    The USPTO was searched May 2017, using the ingredient names and synonyms identified in Table 1, to identify any published information about the ingredients. The searches resulted in zero hits, providing no information indicating the ingredients are dietary ingredients.

3. Search of available scientific literature

    The scientific literature databases described in the Background Support Memo were searched in May 2017, using the ingredient names and synonyms identified in Table 1, to identify any published information about the ingredients that could be used to determine if the ingredients are dietary ingredients. The searches resulted in some hits for the ingredients (and synonyms), as indicated in Table 2. A review of these search results demonstrated the articles focused on the ingredients being found in products marketed as dietary supplements and identified as anabolic steroids and designer steroids.

    The 14 hits found for Super R-DHEA (synonym for 3a-enanthoxy-5a-androstan-17-one) in Google Scholar only produced 1 relevant hit which cited a USPTO patent entitled "Method for DHEA Enanthate Processing.[2]  A search of this patent in the USPTO patent database did not produce any results; therefore, ODSP cannot adequately evaluate the dietary status of this ingredient.

    The scientific literature searches resulted in no indication the ingredients are dietary ingredients.

4. Search of dietary ingredient databases:

    The dietary ingredient databases described in the Background Support Memo were searched in May 2017, using the ingredient names and synonyms identified in Table 1, to identify any information about the structure, manufacturing, or sourcing of the ingredients. The searches resulted in zero hits, providing no indication the ingredients have been identified as dietary ingredients.

5. Search of food databases:

110163

The food databases described in the Background Support Memo were searched in May 2017, using the ingredient names and synonyms identified in Table 1, to identify any conventional food usage of the ingredients. The searches resulted in 3 hits each for Halodrol and Halo (synonyms for 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol) found in the LabelInsight database. The 3 hits for Halodrol and Halo were for the same dietary supplements. An internet search demonstrated the dietary supplements found in the LabelInsight database are still on the market.

The search of the food databases provided information that some of the ingredients cited in the paragraph above have been placed in dietary supplements; however, there is no indication the ingredients have been used in the conventional food supply.

6. Search of drug databases:

The drug and clinical trial databases described in the Background Support Memo were searched in May 2017, using the ingredient names and synonyms identified in Table 1, to indicate if the ingredients are excluded from the definition of a dietary supplement. The searches resulted in zero hits so these ingredients are likely not affected by the exclusion described in section 201(ff)(3)(B) of the FD&C Act.

**Results**

**Table 2: Search results**

| Search Terms | Database/Date Searched | Search result numbers |
|---|---|---|
| 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol | Pubmed/May 5, 2017 | 2 |
|  | Google Scholar/May 5, 2017 | 1 |
| Androsta-1,4-diene-3,17-diol, 4-chloro-17-methyl-, (3beta,17beta)- | Pubmed/May5, 2017 | 1 |
| Halodrol | Google Scholar/May 5, 2017 | 31 |
|  | LABELINSIGHT/May 5, 2017 | 3 |
| Halo | LABELINSIGHT/May 5, 2017 | 3 |
| Super R-DHEA | May 4, 2017/Google Scholar | 14 hits (1 relevant search result) |

While the ingredients and synonyms were searched in each indicated database, according to the Background Support Memo, Table 2 only provides the search terms that matched results in the indicated databases according to searches on the indicated dates. Using the information gleaned from these

searches, and in some cases the lack of information, combined with the reviewer's chemistry knowledge, ODSP concludes there is no indication the ingredients are vitamins; minerals; herbs or other botanicals; amino acids; dietary substances for use by man to supplement the diet by increasing the total dietary intake; or naturally occurring concentrates, metabolites, constituents, extracts, or combinations of any dietary ingredients.

**Conclusion**

The following ingredients do not fit the definition of a dietary ingredient according to section 201(ff)(1) of the FD&C Act:

- 4-chloro-17a-methyl-androst-1,4-diene-3b, 17b-diol
- 3a-enanthoxy-5a-androstan-17-one

**References**

1.   Van Eenoo, P.; Delbeke, F. T., Metabolism and excretion of anabolic steroids in doping control—New steroids and new insights. *The Journal of Steroid Biochemistry and Molecular Biology* **2006,** *101* (4–5), 161-178.
2.   DiMaggio, R., Method For DHEA Enanthate Processing. Google Patents: 2015.