# Exhibit E

*United States v. Eric Potratz.*
CR 15-00236 LHK



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

| | |
|---|---|
| *150 Almaden Boulevard, Suite 900* | *(408) 535-5061* |
| *San Jose, California 95113* | *FAX: (408) 535-5066* |

June 16, 2017

Graham Archer, Esq.
Assistant Federal Public Defender
55 S. Market Street
Suite 820
San Jose, CA 95113
Graham_Archer@fd.org

      Re:    United States v. Eric Potratz
                CR-15-00236 LHK

Dear Mr. Archer:

Notice Re: Federal Rules of Criminal Procedure 16(a)(1)(G)

This notice supplements the notice sent by letter dated March 30, 2017. The United States may call additional experts to testify during its case-in-chief at trial. The government reserves the right to supplement this notice. Outlined below is a brief summary of the expert's anticipated testimony that should be read in conjunction with documents and analytical reports previously provided in the course of discovery.

Arthur F. Simone, M.D., Ph.D., Senior Medical Advisor, FDA Center for Drug Evaluation and Research, Office of Compliance, Office of Unapproved New Drugs and Labeling Compliance. Dr. Simone will testify regarding the results and conclusions contained within the two reports previously provided to the defense: FDA Memorandum re: New Drug and Prescription Drug Determinations Androhard (Bates 107813-107846), and FDA Memorandum re: New Drug and Prescription Drug Determinations Turinabol LV (Bates 107847-107876).  In addition, also previously provided was the curriculum vita for Dr. Simone. (Bates 107879-107887).

Notice Re: FRE 404(b), 608, 609

The government also hereby gives notice that it may seek to introduce the other crimes, wrongs or acts committed by defendant, which are referenced in the previously provided discovery materials pursuant to Rules 404(b), 608 and/or 609 of the Federal Rules of Evidence.

Request for Reciprocal Discovery

      With this letter the government requests all reciprocal discovery to which it is entitled under Federal Rules of Criminal Procedure 16(b) and (c) and 26.2, including, but not limited to, the following:

1.  Inspection and/or copies of all books, papers, documents, photographs, tangible objects, or portions thereof in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in his case-in-chief at trial.

2.  Inspection and/or copies of the results of any reports of physical or mental examinations and of scientific tests or experiments made in connection with the above-entitled case within the possession or control of the defendant which the defendant intends to introduce as evidence in his case-in-chief at trial or which have been prepared by a witness whom the defendant intends to call at trial.

3.  Inspection and/or copies of all statements made by all witnesses whom the defendant intends to call at trial.

<u>Request for Notice of Defenses</u>

The Government also requests notice of any intention of your client to rely on an entrapment defense or a defense involving mental condition or duress, and/or an alibi defense.

Please contact me if you have any questions concerning the above.


Very truly yours,

BRIAN J. STRETCH
United States Attorney


/s/
MATTHEW A. PARRELLA
JOSEPH E. SPRINGSTEEN
Assistant United States Attorneys



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

| | |
|---|---|
| *150 Almaden Boulevard, Suite 900* | *(408) 535-5061* |
| *San Jose, California 95113* | *FAX: (408) 535-5066* |

June 21, 2017

Graham Archer, Esq.
Assistant Federal Public Defender
55 S. Market Street
Suite 820
San Jose, CA 95113
Graham_Archer@fd.org

Re:   United States v. Eric Potratz
        CR-15-00236 LHK

Dear Mr. Archer:

Notice Re: Federal Rules of Criminal Procedure 16(a)(1)(G)

This notice supplements the notices sent by letters dated March 30, 2017 and June 16, 2017. The United States may call additional experts to testify during its case-in-chief at trial. The government reserves the right to supplement this notice. Outlined below is a brief summary of the expert's anticipated testimony that should be read in conjunction with documents and analytical reports previously provided in the course of discovery.

Shani J. Smith, MS, RAC.  Chemist Reviewer United States Public Health Service, FDA, Center for Food Safety and Applied Nutrition, Office of Dietary Supplements, Evaluation and Research Staff, US Food and Drug Administration, College Park, MD.  Ms. Smith can testify to her determination that Turinabol is not a dietary ingredient.  The bases for this conclusion are contained in the FDA Memoranda previously provided to the defense. (Bates 107813-107876). In addition, also previously provided was the curriculum vita for Ms. Smith. (Bates 108008-108013).

Notice Re: FRE 404(b), 608, 609

The government also hereby gives notice that it may seek to introduce the other crimes, wrongs or acts committed by defendant, which are referenced in the previously provided discovery materials pursuant to Rules 404(b), 608 and/or 609 of the Federal Rules of Evidence.

Request for Reciprocal Discovery

        With this letter the government requests all reciprocal discovery to which it is entitled under Federal Rules of Criminal Procedure 16(b) and (c) and 26.2, including, but not limited to, the following:

1.  Inspection and/or copies of all books, papers, documents, photographs, tangible objects, or portions thereof in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in his case-in-chief at trial.

2.  Inspection and/or copies of the results of any reports of physical or mental examinations and of scientific tests or experiments made in connection with the above-entitled case within the possession or control of the defendant which the defendant intends to introduce as evidence in his case-in-chief at trial or which have been prepared by a witness whom the defendant intends to call at trial.

3.  Inspection and/or copies of all statements made by all witnesses whom the defendant intends to call at trial.

<u>Request for Notice of Defenses</u>

The Government also requests notice of any intention of your client to rely on an entrapment defense or a defense involving mental condition or duress, and/or an alibi defense.

Please contact me if you have any questions concerning the above.

Very truly yours,

BRIAN J. STRETCH
United States Attorney

/s/
MATTHEW A. PARRELLA
JOSEPH E. SPRINGSTEEN
Assistant United States Attorneys