BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYBN 2040855)
JOSEPH E. SPRINGSTEEN (DCBN 474317)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   Matthew.Parrella@usdoj.gov
   Joseph.Springsteen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 15-00236 LHK |
|---|---|
| Plaintiff, | ) **UNITED STATES' AMENDED WITNESS LIST** |
| v. | ) Trial: August 11, 2017 |
| ERIC POTRATZ, | ) Court: Honorable Lucy H. Koh |
| Defendant. | ) |

      The United States hereby submits a list of the witnesses it may call in its case-in-chief at the trial in the above-captioned case. This list is intended to be inclusive, is subject to amendment or supplementation as trial preparations progress, and does not necessarily reflect the order in which the government will call the witnesses. The list includes witnesses who will testify regarding the chain of custody for certain pieces of evidence and custodians of record for bank documents in the event that the

1

parties cannot stipulate to the testimony of these witnesses.  The government will notify the Court and defense counsel of any changes to this list.

| Witness Name | Anticipated Testimony |
|---|---|
| Hilary Rickher, Special Agent, US Food and Drug Administration – Office of Criminal Investigations, Portland, OR | SA Rickher can testify to the investigation of PRIMORDIAL PERFORMANCE and ERIC PORTATZ, including undercover purchases, undercover calls, interviews of witnesses and POTRATZ, execution of search warrant, and lab results received. |
| Derek Roy, Resident Agent in Charge, US Food and Drug Administration – Office of Criminal Investigations, Wakefield, MA | SA Roy can testify to the investigation of PRIMORDIAL PERFORMANCE and ERIC POTRATZ |
| Jeffrey Novitzky, Vice President – Athlete Health and Performance, Ultimate Fighting Championships, Las Vegas, NV | Mr. Novitzky, a former FDA-OCI special agent, can testify to the initiation of the investigation of POTRATZ in September 2009, execution of search warrant, undercover purchases made, undercover calls made, lab results received, and the interview of POTRATZ. |
| Jim Smith, (former) Production Manager, PROMIRDIAL PERFORMANCE, Sandpoint, ID | Smith can testify to the state and function of the PRIMORDIAL PERFORMANCE facility, statements made by POTRATZ regarding taking advantage of the lack of FDA oversight, and POTRATZ' lack of good manufacturing practices. |
| Mantai Mesmer, PhD, Chemist, Forensic Chemistry Center, US Food and Drug Administration, Cincinnati, OH | Dr. Mesmer can testify to the analysis of items under FACTS # 634185 including Turinabol, AndroHard, Formestane, Dermacrine, and 1-T. Dr. Mesmer produced a report for the analytical results dated September 24, 2010.  These products were purchased in an undercover capacity and received by Novitzky on May 12, 2010.  Dr. Mesmer can also testify to the corrected report dated May 20, 2016 for FACTS # 634185. |
| James Turner, Chemist, Forensic Chemistry Center, US Food and Drug Administration, Cincinnati, OH | Mr. Turner can testify to the retesting of Turinabol from FACTS # 634185 and the analytical report he created on June 6, 2016. |
| Cheryl Flurer, PhD, Forensic Chemistry Center, US Food and Drug Administration, Cincinnati, OH | Dr. Flurer can testify to the process of evidence testing at the Forensic Chemistry Center. |
| Dr. Arthur Simone, Senior Medical Officer, Center for Drug Evaluation and Research, US Food and Drug Administration, White Oak, MD | Dr. Simone can testify to his determination that Turinabol is prescription drug because of its toxicity and potential for harmful effect, the Turinabol was not safe and effective under the recommended usage listed on the labeling.  Dr. Simone can testify that AndroHard was a misbranded drug because its labeling was false |

2

|  | and misleading and because it was manufactured in an establishment that was not registered as a Drug Establishment. Additionally, Dr. Simeon can testify that PRIMORDIAL PERFORMANCE failed to register as a Drug Establishment. |
|---|---|
| Shani Smith, Center for Food Safety and Applied Nutrition | Ms. Smith can testify to her determination that Turinabol is not a dietary ingredient. |
| Steven Galvez, Regulatory Officer | Will testify regarding Primordial Performance's FDA Food Facility Registration. |

DATED: August 10, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/
MATTHEW A. PARRELLA
JOSEPH E. SPRINGSTEEN
Assistant United States Attorneys

3