UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL MINUTES

# UNITED STATES OF AMERICA v. ERIC POTRATZ
5:15-CR-00236-LHK

**Court Proceedings:** Jury Trial, Monday, August 14, 2017
**Location/Time in Court**: Courtroom 8, (5 hours, and 26 minutes)

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge
**Interpreter:** None requested

**Plaintiff's Counsel:** Matthew Parrella and Joseph Springsteen
**Defense Counsel:** Graham Archer

Defendant was present and out of custody.

Please see attached trial log.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **5:15-CR-00236-LHK**
Case Name: *United States of America v. Eric Potratz*

## TRIAL LOG

| TRIAL DATE: 8/14/2017 | | REPORTER(S): Lee-Anne Shortridge | CLERK: Irene Mason |
|---|---|---|---|

| PLF | DEFTS | TIME* | DESCRIPTION |
|---|---|---|---|
| | | 9:09 AM | Trial proceedings continue; Hearing held outside presence of jury. |
| | | 9:16 AM | Discussions with only Juror #12 (K.C.) present. Court and Counsel voir dire of Juror #12. |
| | | 9:29 AM | Juror #12 excused. |
| | | 9:30 AM | Jury summoned. |
| | | 9:32 AM | Continued direct examination of Jeffrey Novitzky by Matthew Parrella. |
| | | 10:30 AM | Jury excused for morning recess. |
| | | 10:43AM | Jury summoned. |
| | CX | 10:45 AM | Begin cross examination of Jeffrey Novitzky by Graham Archer. |
| RDX | | 11:04 AM | Begin redirect examination of Jeffrey Novitzky by Matthew Parrella. |
| | RCX | 11:13 AM | Begin recross Jeffrey Novitzky by Graham Archer. |
| | | 11:14 AM | Sidebar. |
| | | 11:16 AM | Continued recross Jeffrey Novitzky by Graham Archer. |
| | | 11:18 AM | Mr. Novitzky excused and *not* subject to recall. |
| W2 | | 11:19 AM | Government calls James Smith for testimony. Mr. Smith sworn. |
| DX | | 11:19 AM | Begin direct examination of Mr. Smith by Matthew Parrella |
| | | 11:41 AM | Sidebar. |
| | | 11:42 AM | Continued direct examination of Mr. Smith by Matthew Parrella. |
| | | 11:47 AM | **Government Exhibit 70 admitted.** |
| | CX | 11:52 AM | Begin cross examination of James Smith by Graham Archer. |

|  |  | 12:01 PM | Jury excused for lunch break and instructed not to research or discuss case. |
|---|---|---|---|
|  |  | 1:04 PM | Hearing held outside presence of jury.  Voir dire of Jurors #9 (T.W.) and #12 (T.P) individually. |
|  |  | 1:22 PM | Jurors #9 (T.W.) and #12 (T.P) are excused. |
|  |  | 1:29 PM | Jury summoned. |
|  |  | 1:31 PM | Begin redirect examination of Mr. Smith by Matthew Parrella. |
|  |  | 1:33 PM | Mr. Smith excused and *not* subject to recall. |
| W3 |  | 1:34 PM | Government calls Robert Blenkinsop for testimony.  Mr. Blenkinsop sworn. |
| DX |  | 1:34 PM | Begin direct examination of Mr. Blenkinsop by Joseph Springsteen. |
|  | CX | 1:55 PM | Begin cross examination of Mr. Blenkinsop by Graham Archer. |
|  |  | 2:03 PM | Afternoon recess. |
|  |  | 2:15 PM | Jury summoned. |
|  |  | 2:17 PM | Continued cross examination of Mr. Blenkinsop by Graham Archer. |
| RDX |  | 2:22 PM | Begin cross examination of Mr. Blenkinsop by Joseph Springsteen. |
|  |  | 2:24 PM | Mr. Blenkinsop excused and subject to recall. |
| W4 |  | 2:25 PM | Government calls Hilary Rikher for testimony.  Ms. Rikher sworn. |
| DX |  | 2:25 PM | Begin direct examination of Ms. Rikher by Joseph Springsteen. |
|  |  | 2:36 PM | **Government Exhibit 8 admitted.** |
|  |  | 2:47 PM | **Government Exhibit 3 admitted.** |
|  |  | 2:55 PM | **Government Exhibits 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 52, 56, 59, 60, 62, 64, and 65 admitted.** |
|  |  | 3:07 PM | **Government Exhibit 74 admitted.** |
|  |  | 3:19 PM | **Government Exhibit 25 admitted.** |
|  |  | 3:23 PM | **Government Exhibit 15 admitted.** |
|  |  | 3:26 PM | Jury excused for afternoon recess.  Juror instructed not to research or discuss case. |
|  |  | 3:28 PM | Discusssions held outside presence of jury. |
|  |  | 3:29 PM | Parties excused for afternoon recess. |
|  |  | 3:40 PM | Jury summoned. |

| | | | |
|---|---|---|---|
| | CX | 3:41 PM | Begin cross examination of Ms. Rikher by Graham Archer. |
| | | 4:31 PM | Jury excused for the day and instructed not to investigate, research, or discuss case. Jurors to return 8/15/17 at 9:00 a.m. |
| | | 4:32 PM | Hearing held outside the presence of jury. |
| | | 4:43 PM | Court adjourned. Trial resumes 8/15/17 at 9:00 a.m. |
| | | | *Time as listed and calculated in this Minute Entry is offered as an estimate. Please see the Court Reporter's real-time transcript. The Court remains the official time-keeper in this case. |
| | | | |