STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
graham_archer@fd.org

Counsel for Defendant POTRATZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC POTRATZ,<br><br>Defendant. | No. CR-15-00236 LHK<br><br>[~~PROPOSED~~] ORDER DIRECTING U.S. PRETRIAL SERVICES TO RELEASE U.S. PASSPORT TO ERIC POTRATZ |

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the United States Pretrial Services shall release Defendant Eric Potratz's passport to Mr. Potratz or a representative of the Office of the Federal Public Defender.

IT IS SO ORDERED.

Date:  8/24/17

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Court Judge

NO. CR-15-00236 LHK
[~~PROPOSED~~] ORDER TO RELEASE PASSPORT         1